# EXHIBIT 3

# Delaware

## The First State

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "GROUNDTRUTH GLOBAL, INC.", FILED IN THIS OFFICE ON THE ELEVENTH DAY OF APRIL, A.D. 2018, AT 9:27 O`CLOCK P.M.*

*A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.*




Jeffrey W. Bullock, Secretary of State

6777088  8100
SR# 20182628282

Authentication: 202499710
Date: 04-12-18

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 09:27 PM 04/11/2018
FILED 09:27 PM 04/11/2018
SR 20182628282 - File Number 6777088

# CERTIFICATE OF INCORPORATION
# OF
# GROUNDTRUTH GLOBAL, INC.

FIRST: The name of the corporation is groundTruth global, Inc. (the "*Corporation*").

SECOND: The Corporation's registered agent is The Corporation Trust Company, and such agent is located at 1209 Orange Street, City of Wilmington, County of New Castle, 19801, the Corporation's registered office in the State of Delaware.

THIRD: The purpose of the Corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

FOURTH: The Corporation is authorized to issue only one class of stock, to be designated Common Stock. The total number of shares of Common Stock which the Corporation shall have authority to issue is ten million (10,000,000), and the par value of each such share is $0.0001 per share.

FIFTH: The name and mailing address of the incorporator is: Caterina Benson, 333 Twin Dolphin Drive, Suite 700, Redwood City, CA 94065.

SIXTH: The Board of Directors of the Corporation (the "*Board*") is expressly authorized to adopt, amend or repeal bylaws of the Corporation, but the stockholders may adopt additional bylaws and may amend or repeal any bylaw whether adopted by them or otherwise.

SEVENTH: Elections of directors need not be by written ballot unless the bylaws of the Corporation shall so provide.

EIGHTH: To the fullest extent permitted by applicable law as it presently exists or may hereafter be amended, a director of the Corporation shall not be personally liable to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a director. Any repeal or modification of this Article EIGHTH shall not adversely affect any right or protection of any director of the Corporation existing at the time of, or increase the liability of any director of the Corporation with respect to any acts or omissions of such director occurring prior to, such repeal or modification.

NINTH: The Corporation shall indemnify, to the fullest extent permitted by applicable law as it presently exists or may hereafter be amended, any director or officer of the Corporation who was or is a party or is threatened to be made a party to any threatened, pending or completed action, suit or proceeding, whether civil, criminal, administrative or investigative (a "*Proceeding*"), by reason of the fact that such person is or was a director or officer of the Corporation, or is or was serving at the request of the Corporation as a director, officer, employee or agent of another corporation, partnership, joint venture, trust or other enterprise, including service with respect to employee benefits plans, against expenses (including attorneys' fees), judgments, fines and amounts paid in settlement actually and reasonably incurred by such person