# EXHIBIT 6



Sheldon Himelfarb &lt;sheldon@peacetechlab.org&gt;

## Fwd: Documents related to PeaceTech Lab and groundTruthglobal
1 message

**Andre Pienaar** &lt;andre.pienaar@c5capital.com&gt;                                              Wed, Jul 25, 2018 at 6:13 AM
To: George Foote &lt;foote.george@dorsey.com&gt;, Nick Donofrio &lt;nmd@us.ibm.com&gt;, Sheldon Himelfarb &lt;sheldon@peacetechlab.org&gt;, Rohini Srihari &lt;rohini.srihari@groundtruthglobal.com&gt;
Cc: Lucinda Low &lt;llow@steptoe.com&gt;, Robert Rizzi &lt;rrizzi@steptoe.com&gt;

Dear George,

Thank you for your kind note and for providing the documents.

I summarise C5's position below as I explained it to the Board of the Peacetech Lab at our meeting on July the 11th.

1. C5 has a partnership with AWS focused on the Peacetech Accelerator. We share this partnership with the Peacetech Lab. We also share this partnership with the GroundTruth Global team because AWS significantly contributed in kind to the development of the GroundTruth Global platform. Amazon and AWS are coming under extensive scrutiny because of broader issues unrelated to C5 and the Peacetech Lab.

2. Our understanding is that the Peacetech Lab has a historic relationship with the DOD that involved GroundTruth's development.

3. We are undertaking this review as part of our normal business practices, due diligence and compliance. We do not have an adequate understanding of the DOD's involvement in the funding and development of the GroundTruth platform. In addition GroundTruth is a spin out from a spin out from Government. Our investors felt we need to have all the documentation at hand about these two spin out processes and be sure to understand them. At this stage my understanding was limited to a headline level.

4. We are undertaking this compliance review now, because we only recently learnt of the role that DOD funding played in the GTG's development. We recently had another investment we made in Washington come under the hostile scrutiny of lobbyists because personnel left to join the DOD to do public service. This has made us much more cautious about anything DOD related.

5. We believe that this additional due diligence is in the interest of both parties should the investment transaction come under scrutiny subsequent to completion. We are also submitting a full due diligence file on C5 and its investors to the Peacetech Lab.

6. We have an investment transaction that is ready for completion. Both parties are eager to complete expeditiously. Both sides have placed signed documents in escrow with their lawyers prior to completion. As an act of our good faith we signed a SAFE for USD 150,000 for GroundTruth last week.

Many thanks for all your help and support.
Best wishes
Andre

Sent from my iPhone

On 24 Jul 2018, at 18:37, "foote.george@DORSEY.com" &lt;foote.george@DORSEY.com&gt; wrote:

Lucinda-

As Andre requested in his email this morning, I am attaching a set of documents related to groundTruth and the PeaceTech Lab.

Please understand that these documents are not provided as due diligence materials for the signed investment transaction but as an accommodation of Andre's request last week. In conversation with the PeaceTech board chair and me, Andre explained his desire to review the information and have it in C5 files as preparation for a response to possible questions arising from the C5 relationship to Amazon Web Services and the Department of Defense.

Sheldon and Rohini understand C5's desire for caution and were happy to respond to Andre's request, but they also know there is nothing that connects their companies to C5's issues. Neither PeaceTech nor groundTruth have the resources or interest to reopen the investment deal.

Happy to talk at your convenience.

Thank you.

George

George M. Foote

Partner

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

DORSEY & WHITNEY LLP

1401 New York Avenue NW, Suite 900

Washington, DC 20006

P: 202.442.3518  C: 202.486.8579

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

CONFIDENTIAL COMMUNICATION

E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.

Thank you.

-----Original Message-----

From: Andre Pienaar [mailto:andre.pienaar@c5capital.com]

Sent: Tuesday, July 24, 2018 7:35 AM

To: Foote, George <foote.george@DORSEY.com>; Lucinda Low <llow@steptoe.com>

Subject: Privileged and Confidential

Dear George

I am connecting you to Lucinda who is a partner at Steptoe. I would be grateful if you could send the materials we requested last week to Lucinda to enable us to complete our due diligence for compliance

Many thank  for all your kind a  i  tance

Be  t wi  he

Andre

Sent from my iPhone

  C5 Reque  t for GTG 20180724T154753Z 001 zip