# EXHIBIT 7



Sheldon Himelfarb <sheldon@peacetechlab.org>

## Re: groundTruth
1 message

**Andre Pienaar** <andre.pienaar@c5capital.com>  Wed, Aug 8, 2018 at 5:32 PM
To: "foote.george@DORSEY.com" <foote.george@dorsey.com>
Cc: "LBard@mofo.com" <LBard@mofo.com>, "rohini@peacetechlab.org" <rohini@peacetechlab.org>, "sheldon@peacetechlab.org" <sheldon@peacetechlab.org>, "nmd@us.ibm.com" <nmd@us.ibm.com>

Dear George

We are working with the investor families to complete the transaction as quickly as possible within days. It is August and several people are away on holiday which always slow things down somewhat.

We are waiting for the final KYC documents from the investors. Our compliance requires us to send you the full KYC package for sign off as the next step.

We are committed to help GTG with funding -as demonstrated- until completion. I don't see why staff would be laid off if funding is available. What further funding does GTG need this week?

Best wishes
Andre

Sent from my iPhone

On 8 Aug 2018, at 22:14, "foote.george@DORSEY.com" <foote.george@DORSEY.com> wrote:

> Larry and Andre:
>
> Please do not delay any longer in sending the names of the GTG investors. As a legal matter, we do not need background information, bios, or financial details. All we need is the names. Please send as well a preferred time to close tomorrow or Thursday.
>
> There is a financial and moral imperative at work here. To avoid incurring obligations GTG cannot meet, Rohini has made plans to lay off the GTG staff on Monday, August 13. She has been forced to curtail marketing to avoid unfulfilled expectations. I am concerned about the legal exposure of the PeaceTech Lab and reputational risk to the Lab, its board, and USIP.
>
> I am sorry we have all gone so far and so long to come to this abrupt end, but if we cannot close this week, that is where we will be.
>
> George
>
> 202.486.8579