# EXHIBIT 9

September 27, 2018

On 27 Sep 2018, at 18:43, Nicholas Donofrio <nmd@us.ibm.com> wrote:

Andre,

    I do hope that all is well.

    Am now told that you are no longer attending/calling into the PTL BoD meeting on Friday 09/28.

    This concerns me greatly given PTL and GTG are facing critical fiscal decisions that hinge on you, either directly regarding your personal commitments to PTL or  indirectly as the leader of C5 and its commitments to GTG.   With your understanding and agreement PTL and GTG expended funds based on these commitments.  Bills now need to be paid.

    We need your input as we consider our options, but one way or another, we will need to conclude tomorrow's meeting with a course of action for PTL and GTG.

    Can you please advise me as to where you are? You were meeting with a wealthy USA family office when we last spoke.  Where are you on this?

    PTL and GTG have their backs to the wall and simply need promises made to be converted into promises kept.

    If this can not happen, we need to know that now so that we can chart a new course.

    Happy to discuss with you anytime that works for you via phone.

    We have made great progress on additional funding against PTL's Development needs.  We will also review this and more at the meeting tomorrow.

    Cheers ... Nick

Nicholas M. Donofrio

IBM Fellow Emeritus and EVP Innovation and Technology (Ret.)

PO Box 428

Ridgefield, CT 06877

203-438-1892 (Office)

203-403-3499 (Garage)

845-731-1908 (Cell)

---

Sep 27, 2018,

11:21 PM

**Andre Pienaar**
<andre.pienaar@c5capital.com>

to Nicholas, me

Dear Nick, Dear Sheldon

My apologies for not being able to attend the PTL Board meeting today (Friday). I am sorry to miss the meeting. General Alexander and I have unexpectedly been asked to meet with the head of state of a country that has an urgent cyber crisis.

C5 worked for the last 3 months at our own cost to put together a seed funding round for GTG with US investors. In addition we have done USD 300k of financing for GTG over the Summer. We are now in a position to move forward to complete the transaction with a group of US investors with Forgepoint. C5 will participate in the round but not be the lead investor.

I would be grateful if we could schedule a short call to discuss logistics, next steps and any further near term funding needed by GTG.

Separately I am also pleased that we have signed the lease for the new space for the accelerator, successfully moved our team across, renewed Amazon's commitment to the Peacetech Accelerator and we have the programme for the 5th cohort up and running.

Good luck for the Board meeting today.

Best wishes

André

Sent from my iPhone