# EXHIBIT 11

October 15, 2018:

## Re: executing transfer

Mon, Oct 15, 2018,
3:45 PM

**Andre Pienaar**
<andre.pienaar@c5capital.com>

to me

Dear Sheldon Yes we are moving forward as discussed with Rohini this morning. Best wishes A

Sent from my iPhone

> On 15 Oct 2018, at 15:38, Sheldon Himelfarb <sheldon@peacetechlab.org> wrote:
>
> Andre -- shall we move ahead with today's transfer? I think we'd both agree that it's best not to let another day pass.
>
> Super to see you today.
> s

**From:** Rohini Srihari <rohini.srihari@groundtruthglobal.com>

**Date:** October 16, 2018 at 7:10:40 AM EDT

**To:** Sheldon Himelfarb <sheldon@peacetechlab.org>, foote.george@DORSEY.com

**Subject: No sign of funds**

If we don't receive wire payment today we will unfortunately need to lay off staff. Plan is to inform them this afternoon.

We have a team meeting at 9 am today - will be tough to handle.

Rohini

**From:** Sheldon Himelfarb <sheldon@peacetechlab.org>
**Sent:** 16 October 2018 13:53
**To:** Andre Pienaar <andre.pienaar@c5capital.com>
**Subject:** Fwd: No sign of funds

Andre, can you provide Rohini with some assurance. I know the train is in motion but these guys have legal notice obligations. See below.

Tue, Oct 16, 2018,
9:21 AM

**Andre Pienaar**
<andre.pienaar@c5capital.com>

to me

Sheldon, we spoke yesterday and agreed the plan. It is most unusual to lay off staff in the midst of the completion of a transaction. I don't understand this and have never come across this before. It is for the Peacetech Lab to decide. The next step is for us to exchange signed documents. I cannot guarantee the timing of the arrival of wires, I can only tell you when our Fund Operations team confirmed they are done. The transfer is from our Luxembourg Fund. The fact that GTG is constantly on the precipice of disaster makes me feel very uncomfortable.
A

**From:** Rohini Srihari <rohini.srihari@groundtruthglobal.com>
**Sent:** 15 October 2018 18:37
**To:** Andre Pienaar <andre.pienaar@c5capital.com>; Sheldon Himelfarb <sheldon@peacetechlab.org>; George Foote <foote.george@dorsey.com>
**Subject:** Wire today

Dear Andre,

I'm glad we had a chance to speak this morning regarding the funding situation.

My understanding is that you will not wait for the $500K co-investment from the other party. Consequently, we can expect the wire for the remaining $1.5M for this first tranche to be received today.

I have asked Laura to monitor the bank account for evidence of the wire payment - please confirm that it has been initiated.

Once we receive the additional $500K, we will close out the paperwork.

Separately, we enjoyed meeting your guest Rami Schwarz and presenting GroundTruth to him. As I mentioned, with the funding in place, we will be on a roll.

Thanks,

Rohini

--

**Rohini K. Srihari**
CEO | groundTruth Global
(202) 429-7875 | rohini.srihari@groundtruthglobal.com

Tue, Oct 16, 2018, 9:25 AM

**Andre Pienaar**
<andre.pienaar@c5capital.com>

to Rohini, me, George

Dear Rohini

The next step is for us to exchange signed documents. We will send you confirmation once the wire has been sent.

Best wishes

Andre

Tue, Oct 16, 2018, 9:43 AM

**Andre Pienaar**
<andre.pienaar@c5capital.com>

to me, Rohini

Dear Sheldon and Rohini

We have offered GTG an open ended SAFE facility to support the business until the completion of the seed round from C5 Acceleate. To date we have invested 300K on this basis.

As an existing investor with 300k committed in GTG I really don't understand your message of this morning about laying people off. I do not understand why you would not avail yourself of our financing to make sure the business remains viable while the seed round completes.

I will ask our Fund Operations team to send the confirmation of the wire directly to you. I am in back to back meetings today.

Best wishes

André

Sent from my iPhone