# EXHIBIT 12

October 26, 2018

**From:** Kurt Scherer <kurt.scherer@c5capital.com>

**Date:** October 26, 2018 at 12:20:42 PM EDT

**To:** Sheldon Himelfarb <sheldon@peacetechlab.org>, Andre Pienaar <andre.pienaar@c5capital.com>

**Subject: GTG - a path forward**

Dear Sheldon,

Thank you for your earlier email.  C5 remains excited and hopeful in the growth of GTG.  As you know, we extended an offer of financing earlier in the summer.  We know over the very recent past cash has become very tight, and, given our belief in the company and its leadership, C5 stands ready to extend this financing.

In order to execute this in a reasonable timeframe, we would ask to have the following information:

- Current cash needs, most recent cash flow statement (60 days), and cash flow forecast;
- Current payroll, including recent appointments;
- Other expenses that would help to provide insight needed;
- Business and development strategy going forward.

Once we have the insight from these data and assuming there is nothing unexpected, C5 would be happy to start the approval process for an additional SAFE next week.  Putting this in the flow of normal fund operations, and driven by the above information, this process should only take a few days.

If a decision is made to cease operations, we would expect there to be a formal announcement and ability for the company leadership to discuss with the board and

associated leadership.

However, given the tremendous value we all see in GTG and its product, we hope the company leadership continues to seek a way forward to make this company a success.

Thank you,

Kurt

Fri, Oct 26, 2018,
7:50 PM

**foote.george@dorsey.com**

to andre.pienaar,
kurt.scherer, lbard, nmd,
me

Andre—

I'm writing on behalf of the Lab in response to the email Sheldon received from Kurt Scherer this morning. I am glad to see your continuing interest and confidence in the prospects of success for GroundTruth.

I have spoken with Sheldon, Nick, and the GroundTruth staff about ways to move ahead. We have been in touch with other Board members as well.

As you should know, GroundTruth Global, Inc. has exhausted its funds and has run through the emergency support made available by PeaceTech.  The office is closed and the staff is exploring other employment options.

Although the company is insolvent and inactive, it has not begun formal dissolution or given notice to creditors.

Despite the cessation of operations, I understand from Rohini that as of today she and her key employees are willing to return next week on certain terms.  While PeaceTech management and board leadership are appropriately wary of assuming responsibility for further GroundTruth costs, Nick and Sheldon are willing to cooperate in a restart of GroundTruth operations.

Rohini and her staff have the ability and interest to respond to Kurt's questions, but they will not, and PeaceTech cannot allow them to, return to work without assurance of compensation and a reasonable path toward employment by a viable company.

The remaining avenue to a GroundTruth restart, agreeable to leadership, requires a deposit of $350,000 into the GroundTruth bank account by close of business, Washington DC time, Wednesday, October 31.  This amount is sufficient to enable GroundTruth to re-employ key staff, re-open the office, respond to investor questions, and, most importantly, resume its product development and sales operations.  The deposit can be characterized as a partial close with documentation to follow or it can be made as another SAFE.

The form of the funding is not important to GroundTruth or PeaceTech, but immediate funding of the required amount is.  If the funds are not in place next Wednesday, the staff will disperse and GroundTruth will begin legal wind down.  PeaceTech will seek other users for the GroundTruth space and new deployment of its GroundTruth technology.

Given the commitment of so many parties to GroundTruth and the pending, signed contracts for completing the investment, it would be regrettable to let the company expire now.  I hope you can make arrangements to complete the necessary transfer by next Wednesday.

I am available by mobile any time.  202.486.8579.

George