# EXHIBIT 1

# GIFT AGREEMENT

This Gift Agreement ( "Agreement") is made this 15th day of February, 2017 by and among Pinard Sarl, a company registered in Luxembourg (the "Donor"), with offices at 56 Rue Charles Martel L-1234, Luxembourg, and the PeaceTech Lab, Inc., a District of Columbia nonprofit corporation (the "Lab"), with offices at 2301 Constitution Avenue, NW, Washington, D.C. 20037.

The Donor and the Lab agree as follows:

1. <u>Donor Commitment</u>. The Donor pledges to donate to the Lab the sum of One Million Five Hundred Thousand U.S. Dollars (US$1,500,000).

2. <u>Payment</u>. The gift will be paid in three equal installments, one installment being paid within 60 days following execution of this Agreement and one additional installment on each of the first and second anniversaries of execution.

3. <u>Gift Purpose</u>. The gift will be applied to (1) hard and soft costs of developing, renovating and completing space for a facility within Building 7 of the U.S. Institute of Peace. Headquarters Campus and (2) to organizational overhead expense of the Lab. The facility will be configured and equipped to be used to host innovative, growing organizations developing peacebuilding technologies. The location and configuration of the space is further described on Attachment A to this Agreement. *[handwritten: a person to be mutually agreed]*

4. <u>Naming/Approval</u>. The Donor is hereby granted the sole and exclusive naming rights to the space in the Lab in which the C5 accelerator program will be operated, which consists of the top floor of Building 7, at 2301 Constitution Avenue N.W., Washington, DC. The Donor and the Lab agree that the facility will be named in honor of _____ and acknowledge that the honoree and space name must be approved by the U.S. Institute of Peace (USIP). The Lab agrees to use best efforts to obtain such approval. If the parties do not obtain such approval, they will consult with each other and with USIP on a replacement name. If after original construction the configuration or use of the space is substantially changed from that described in this Agreement, the Lab or USIP may rename the resulting space; provided, that an equivalent space within Building 7 is named _____. The space or replacement space will be known by the approved name so long as the Lab or USIP controls Building 7.
*[handwritten: in honor of the same person]*

5. <u>Recognition</u>. In addition to naming the space described above, a plaque prominently displaying the Donor's name or party to be honored by the Donor will be installed in a location and prominence to be agreed by the Donor and the Lab in good faith. The Donor will be recognized as a lead donor on the PeaceTech Lab donor wall, the U.S. Institute of Peace headquarters permanent donor wall, and the PeaceTech Lab website, and the Donor will be recognized in all related press releases.

6. <u>Intent.</u> The Donor acknowledges that the pledge of payments under this Agreement will be relied upon by the Lab and the U.S. Institute of Peace to finance, develop, and construct the

facility described above. The Donor acknowledges that the Lab will rely on the Donor's gift being fully satisfied.

7. <u>Amendment</u>. This Agreement may be amended only by mutual written consent of the Lab and the Donor, with approval of USIP.

8. <u>Entire Agreement</u>. This Agreement contains the entire understanding of the parties with respect to the subject matter of the Agreement and is subject to the laws of the District of Columbia. This Agreement supersedes all other agreements and understandings between the parties relating to the subject matter of the Agreement.

[Signatures on following pages.]

In witness whereof, the parties to this Agreement have affixed their signatures:

Pinard Sarl										PeaceTech Lab, Inc.

By: _____						By: _____
Name: Andre Pienaar								Sheldon Himelfarb
Title: Authorized Person							CEO
											PeaceTech Lab, Inc.

APPROVED:

U.S. Institute of Peace

_____
Nancy Lindborg
Name
President
Title
2/16/17
Date

Attachment A: Floor Plan



4TH FLOOR PLAN