# EXHIBIT 4

October 11, 2018

Thu, Oct 11, 2018,
2:55 PM

**Andre Pienaar**
<andre.pienaar@c5capital.com>

to George, Rohini, me,
Larry,
HKidambi@mofo.com,
Kurt, Melody

Dear George, Rohini and Sheldon

All our docs are signed and in escrow with Larry and the team at MoFo.

We also have the GTG account details and our wire set up.

We are still awaiting funds from one of our co-investors before we can send the full wire for USD 2M.

We will keep you posted. We expect to receive the funds imminently.

Best wishes

André

On Oct 11, 2018, at 3:20 PM, <foote.george@DORSEY.com> <foote.george@DORSEY.com> wrote:

Excellent. Thanks, André.

On 11 Oct 2018, at 15:33, Sheldon Himelfarb <sheldon@peacetechlab.org> wrote:

Terrific, many thx Andre. Standing by as needed.
S

Thu, Oct 11, 2018,
3:38 PM

**Andre Pienaar**
<andre.pienaar@c5capital.com>

to me,
foote.george@DORSEY.com,
rohini.srihari@groundtruthglobal.com,
LBard@mofo.com,
HKidambi@mofo.com,
Kurt, Melody, Nick

Thank you to you both. We will keep you posted. A

October 12, 2018

Fri, Oct 12, 2018,
11:08 AM

**Andre Pienaar**

<andre.pienaar@c5capital.com>

to George, Rohini, me,

Kurt, Larry,

HKidambi@mofo.com,

Melody

Dear George, Sheldon and Rohini we are still tracking a transfer from one of our co-investors that remains outstanding. Everything else is ready to go. Hope we can get it over the line today. Best wishes Andre

Sent from my iPhone