**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

PEACETECH LAB, INC.,

               Plaintiff,

      v.

C5 ACCELERATE LLC, PINARD S.A.R.L., C5
HOLDINGS S.A.R.L., GROUNDTRUTH
INVESTOR LLC, MR. ANDRE PIENAAR, C5
CAPITAL LTD.,

               Defendants.

C.A. No. 1:20-cv-922-JDB

## JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS

Plaintiff PeaceTech Lab, Inc., and Defendants C5 Accelerate LLC, Pinard S.a.r.l., C5
Holdings S.a.r.l., Groundtruth Investor LLC, C5 Capital Ltd. and Mr. Andre Pienaar
(collectively, the "Parties") hereby submit this Joint Stipulation to dismiss with prejudice all
claims and counterclaims pending in the above-captioned litigation pursuant to Federal Rule of
Civil Procedure 41(a)(1)(A)(ii).

The Parties hereby stipulate and agree to the dismissal of this action in its entirety, with
prejudice, and each party to bear its own costs and attorneys' fees, subject only to the terms and
conditions of the Parties' settlement agreement and release.  This Court is respectfully asked to
retain jurisdiction to enforce the settlement agreement and release in this action (only if
necessary).

The Parties agree that none of them is a prevailing party in this action and therefore none
will seek any attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or
federal.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: <u>August 17, 2021</u>

Signed:  <u>/s/ Matthew V. Miller</u>

Benjamin J. Razi (No. 475946)
Matthew V. Miller (No. 1614900)
Maura Sokol (*pro hac vice*)
COVINGTON & BURLING, LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5463
brazi@cov.com
mmiller@cov.com
msokol@cov.com

*Attorneys for Plaintiff*
*PeaceTech Lab, Inc.*

Dated: <u>August 17, 2021</u>

Signed:  <u>/s/ Edward Baldwin</u>

Edward Baldwin (No. 973850)
Lucinda Low
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
ebaldwin@steptoe.com
llow@steptoe.com

*Attorneys for Defendants C5 Accelerate LLC,*
*Pinard S.a.r.l., C5 Holdings S.a.r.l.,*
*GroundTruth Investor LLC, Andre Pienaar,*
*and C5 Capital Ltd.*

**IT IS SO ORDERED:**

_____

THE HONORABLE JOHN D. BATES

DATED:        _____