fUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEACETECH LAB, INC., | ) |
|             Plaintiff, | ) ) ) |
| v. | ) )   C.A. No. 1:20-cv-922-JDB ) |
| C5 ACCELERATE LLC, PINARD S.A.R.L., C5 HOLDINGS S.A.R.L., GROUNDTRUTH INVESTOR LLC, MR. ANDRE PIENAAR, C5 CAPITAL LTD. | ) ) ) ) ) ) |
|             Defendants. | ) ) |

**PEACETECH'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Plaintiff PeaceTech Lab, Inc. ("PeaceTech"), by its undersigned counsel, respectfully submits this Motion to Enforce Settlement Agreement against Defendants C5 Accelerate LLC ("C5 Accelerate"), Pinard S.a.r.l. ("Pinard"), C5 Holdings S.a.r.l. ("C5 Holdings"), GroundTruth Investor LLC ("GTI"), C5 Capital Ltd. ("C5 Capital"), and Andre Pienaar (collectively, the "Defendants"). In support thereof, PeaceTech incorporates by reference its Memorandum of Points and Authorities in Support of Its Motion to Enforce Settlement Agreement filed herewith. Pursuant to Local Rule 7(m), PeaceTech's counsel discussed the relief it requests in this Motion with opposing counsel on September 28, 2021.

WHEREFORE, PeaceTech respectfully requests that the Court order:

1. That, within 48 hours of the Court issuing its Order, Defendants Mr. Pienaar and Pinard pay to the United States Institute for Peace ("USIP") or PeaceTech the outstanding amount of $750,000 that is overdue under Defendants' Settlement Agreement with PeaceTech;

1

2. that, within 48 hours of the Court issuing its Order, Defendants pay to PeaceTech (a) the interest owed on the previously overdue payment of $450,000 to PeaceTech and (b) the interest owed on the currently overdue payment of $750,000 to USIP;

3. that, Defendants pay to PeaceTech the fees and costs incurred due to Defendants' breaches of the Settlement Agreement;

4. that Defendants meet their other obligations under the Settlement Agreement, including that Defendants make the third payment due under the Settlement Agreement on time and in full on or before the date that it is due, December 31, 2021; and

5. any other sanction against Defendants or relief that the Court deems proper.

Dated:  October 12, 2021              COVINGTON & BURLING LLP

By:   /s/ Matthew V. Miller
Benjamin J. Razi (No. 475946)
Matthew V. Miller (No. 1614900)
Maura Sokol (*pro hac vice*)
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5463
brazi@cov.com
mmiller@cov.com
msokol@cov.com

*Attorneys for Plaintiff
PeaceTech Lab, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By:   /s/ Matthew V. Miller