# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PEACETECH LAB, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:20-cv-922-JDB |
| | ) | |
| C5 ACCELERATE LLC, PINARD | ) | |
| S.A.R.L., C5 HOLDINGS S.A.R.L., | ) | |
| GROUNDTRUTH INVESTOR LLC, MR. | ) | |
| ANDRE PIENAAR, | ) | |
| C5 CAPITAL LTD. | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Enforce Settlement Agreement and the entire record herein, it is hereby

**ORDERED** that the Motion to Enforce Settlement Agreement is **GRANTED**; it is further

**ORDERED** that, within 48 hours of this Order, Defendants Pinard and Mr. Pienaar pay to the United States Institute for Peace ("USIP") or to PeaceTech the outstanding amount of $750,000 that is overdue under Defendants' Settlement Agreement with PeaceTech and provide PeaceTech with written notice of that payment by the next business day; it is further

**ORDERED** that, within 48 hours of this Order, Defendants pay to PeaceTech $1,158.83 in interest on the previously overdue $450,000 payment; it is further

**ORDERED** that, within 48 hours of this Order, Defendants pay to PeaceTech all interest accrued on the late payment of $750,000 that was due on September 19, 2021, which has been accruing at a rate of $123.29 per day; it is further

**ORDERED** that, Defendants shall pay to PeaceTech the fees and costs incurred due to Defendants' breaches of the Settlement Agreement; it is further

**ORDERED** that, within seven days of this Order, PeaceTech shall submit to the Court an affidavit demonstrating the amount of the fees and costs incurred due to Defendants' breaches of the Settlement Agreement; it is further

**ORDERED** that Defendants shall meet their other obligations under the Settlement Agreement, including by making the third payment due under the Settlement Agreement on time and in full on or before the date that it is due, December 31, 2021.

**SO ORDERED.**

_____
Hon. John D. Bates
Senior United States District Judge

Dated: _____