# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEACETECH LAB, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:20-cv-922-JDB |
| | ) |
| C5 ACCELERATE LLC, PINARD | ) |
| S.A.R.L., C5 HOLDINGS S.A.R.L., | ) |
| GROUNDTRUTH INVESTOR LLC, MR. | ) |
| ANDRE PIENAAR, | ) |
| C5 CAPITAL LTD. | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF DR. SHELDON HIMELFARB, PH.D. IN SUPPORT OF PEACETECH'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

I, Sheldon Himelfarb, Ph.D., declare:

1. I make this Declaration in support of the Motion to Enforce the Settlement Agreement made by PeaceTech Lab, Inc. ("PeaceTech") based on my personal knowledge, information, and belief. If called to testify as a witness, I could and would competently do so under oath.

2. I am the President and Chief Executive Officer of PeaceTech.

3. PeaceTech is a small, 501(c)(3)-registered non-profit headquartered in Washington, D.C. Its mission is to promote peace around the world through technology. PeaceTech relies on grants and contributions for the vast majority of its budget. In 2019, the year of PeaceTech's most recently filed tax return, its total expenditures were $2.2 million.

4. PeaceTech was created by USIP in 2014 as an innovative non-profit organization. PeaceTech continues to work out of USIP's building and retains some formal links to USIP.

1

5. When PeaceTech began its relationship with Andre Pienaar and his companies—C5 Accelerate LLC ("C5 Accelerate"), Pinard S.a.r.l. ("Pinard"), C5 Holdings S.a.r.l. ("C5 Holdings"), GroundTruth Investor LLC ("GTI"), and C5 Capital Ltd. ("C5 Capital") (collectively, the "Defendants")—PeaceTech thought that it had found valuable allies for its important mission. Defendants turned out to be anything but that.

6. In 2017, Defendant Mr. Pienaar and his family trust, Defendant Pinard, pledged $1.5 million to PeaceTech in exchange for naming rights. Defendants did not pay any portion of that $1.5 million.

7. Later in 2017, Defendant Mr. Pienaar and his company Defendant C5 Accelerate contracted with PeaceTech to collaborate on a start-up accelerator program. The contract required C5 Accelerate to make a series of payments to PeaceTech to support the program, and it required C5 Accelerate to give to PeaceTech securities in entities developed in the program. Defendants made no payments after the first payment and failed to provide any of the required securities.

8. In 2018, Mr. Pienaar and his company Defendant C5 Capital signed a Term Sheet and closing documents to invest $3 million in a new technology product that PeaceTech was developing called groundTruth. Defendants made two advances totaling $300,000 toward the agreed-upon $3 million investment but otherwise did not fulfill their obligations, forcing groundTruth to cease operations.

9. Over the next two years, PeaceTech and Defendants attempted to negotiate a resolution related to the breaches described above. When these attempts did not succeed, PeaceTech filed this case.

10. In July 2021, PeaceTech and Defendants reached a resolution to settle this case.

11. During negotiations for the Settlement Agreement, PeaceTech insisted upon a provision for prompt payment of the first $450,000, an important term after years of being strung along by Defendants' false promises.

12. On July 28, 2021, five days after the first payment of $450,000 was due under the Settlement Agreement, PeaceTech received a notification from its bank of an inbound wire, not for the $450,000 (plus interest) Defendants owed, but for $100,000.

13. A true and correct copy of the notification that PeaceTech received from its bank of an inbound wire for the $100,000 is attached to this Declaration as Exhibit D.

14. The $750,000 payment that was due on September 19, 2021 under the Settlement Agreement inexcusably remains outstanding. As far as I am aware, USIP has not received that payment. PeaceTech has not received that payment either. And PeaceTech has not received any notification that Defendants made that payment.

15. PeaceTech has not received any interest payment from any Defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10/11/21
Washington, D.C.

By: _____
Sheldon Himelfarb, Ph.D.