# EXHIBIT E

**From:** Sokol, Maura
**Sent:** Wednesday, August 11, 2021 10:51 AM
**To:** Baldwin, Teddy; Miller, Matthew V.
**Cc:** Martin, David; Low, Lucinda; Razi, Benjamin
**Subject:** RE: PeaceTech v. C5 Settlement Agreement

Teddy,

We can speak tomorrow at 1pm. I will circulate an invitation and link.

Maura

**Maura Sokol**
Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5528 | msokol@cov.com
www.cov.com

# COVINGTON

---

**From:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Sent:** Wednesday, August 11, 2021 8:18 AM
**To:** Miller, Matthew V. <mmiller@cov.com>
**Cc:** Sokol, Maura <MSokol@cov.com>; Martin, David <dmartin@cov.com>; Low, Lucinda <llow@steptoe.com>; Razi, Benjamin <brazi@cov.com>
**Subject:** Re: PeaceTech v. C5 Settlement Agreement

==[EXTERNAL]==
Counsel:

I am traveling this week and in meetings. I cannot meet at the times proposed for today. I am available tomorrow between 12 and 2, if that time works for you.

Teddy

> On Aug 9, 2021, at 4:42 PM, Miller, Matthew V. <mmiller@cov.com> wrote:
>
> Teddy,
>
> Defendants' full first payment under the Settlement Agreement was due to be paid in July, within 48 hours of execution of the Settlement Agreement. If, by this Wednesday, August 11, at 5:00 pm Eastern Time, PeaceTech does not receive either (a) the outstanding portion of the first $450,000 owed, including interest, or (b) sufficient proof that Defendants initiated a wire for the outstanding payment,

including interest, such as a bank receipt for the wire transfer with a confirmation number, then PeaceTech will seek relief from the Court.

Specifically, PeaceTech will seek an order that (1) Defendants pay the outstanding amount owed under the Settlement Agreement, (2) Defendants pay the interest owed on the outstanding amount, (3) Defendants meet their other obligations under the Settlement Agreement, (4) Defendants pay PeaceTech's fees and costs incurred due to Defendants' breach, and (5) Defendants be subject to any other sanction the Court deems proper.

So that we can promptly file our motion without further delays should doing so become necessary, please let us know your availability to meet and confer Tuesday or Wednesday, August 10 and 11, regarding whether or not Defendants will oppose PeaceTech's motion to enforce the Settlement Agreement. We are available Tuesday at 3:00 pm, Wednesday at 11:00 am, and Wednesday at 3:00 pm. If none of those times works for you, please propose alternatives for this week.

We look forward to hearing from you.

Best regards,
Matt


**Matthew Miller**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5405 | mmiller@cov.com
www.cov.com

<image001.jpg>

---

**From:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Sent:** Thursday, August 05, 2021 10:15 PM
**To:** Sokol, Maura <MSokol@cov.com>; Miller, Matthew V. <mmiller@cov.com>
**Cc:** Martin, David <dmartin@cov.com>; Low, Lucinda <llow@steptoe.com>; Razi, Benjamin <brazi@cov.com>
**Subject:** RE: PeaceTech v. C5 Settlement Agreement

==[EXTERNAL]==
Counsel:

I reached out to the client and hope to be able to revert tomorrow.

Yours truly,
Teddy


**Teddy Baldwin**
Partner
ebaldwin@Steptoe.com



+1 202 429 6203 direct
+1 202 429 3902 fax

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Sokol, Maura <MSokol@cov.com>
**Sent:** Thursday, August 5, 2021 12:00 PM
**To:** Miller, Matthew V. <mmiller@cov.com>; Baldwin, Teddy <ebaldwin@Steptoe.com>
**Cc:** Martin, David <dmartin@cov.com>; Low, Lucinda <llow@steptoe.com>; Razi, Benjamin <brazi@cov.com>
**Subject:** RE: PeaceTech v. C5 Settlement Agreement

Teddy,

Following up on Matt's message below. We received word from PeaceTech that they still have not received any further payment or notice of an incoming wire. We would appreciate additional clarity on the expected timing.

Thank you,
Maura

**Maura Sokol**
Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5528 | msokol@cov.com
www.cov.com

<image004.jpg>

---

**From:** Miller, Matthew V. <mmiller@cov.com>
**Sent:** Tuesday, August 3, 2021 2:58 PM
**To:** Baldwin, Teddy <ebaldwin@Steptoe.com>; Sokol, Maura <MSokol@cov.com>
**Cc:** Martin, David <dmartin@cov.com>; Low, Lucinda <llow@steptoe.com>; Razi, Benjamin <brazi@cov.com>
**Subject:** RE: PeaceTech v. C5 Settlement Agreement

Teddy,

We appreciate the update. What do you mean by the "payment is in process"? Have Defendants wired the rest of the outstanding first payment or not? Please send confirmation, such as a bank receipt showing that Defendants initiated the wire. Defendants should have made the full, $450,000 payment on July 23.

Best regards,
Matt

**Matthew Miller**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5405 | mmiller@cov.com
www.cov.com

<image004.jpg>

,
Matt

---

**From:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Sent:** Monday, August 02, 2021 10:44 PM
**To:** Sokol, Maura <MSokol@cov.com>
**Cc:** Miller, Matthew V. <mmiller@cov.com>; Martin, David <dmartin@cov.com>; Low, Lucinda <llow@steptoe.com>; Razi, Benjamin <brazi@cov.com>
**Subject:** RE: PeaceTech v. C5 Settlement Agreement

[EXTERNAL]
Dear Counsel:

I spoke with the client and understand that payment is in process and should be received in the next few days, if not sooner.

I want to briefly address the characterization of the email below. It is incorrect. I stated plainly that I would need client approval to send the payment confirmation and to provide an update today. I have received authorization for the update, which is the basis for it being provided above. But I was clear on the call, and as you know, I cannot provide updates or payment confirmations absent client approval. To mischaracterize the conversation in the manner below is not helpful.

Best regards,
Teddy

**Teddy Baldwin**
Partner
ebaldwin@Steptoe.com

## Steptoe

| | |
|---|---|
| +1 202 429 6203 direct | Steptoe & Johnson LLP |
| +1 202 429 3902 fax | 1330 Connecticut Avenue, NW |
| | Washington, DC 20036 |
| | www.steptoe.com |

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distr bute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Sokol, Maura <MSokol@cov.com>
**Sent:** Friday, July 30, 2021 5:33 PM
**To:** Baldwin, Teddy <ebaldwin@Steptoe.com>

**Cc:** Miller, Matthew V. <mmiller@cov.com>; Martin, David <dmartin@cov.com>; Low, Lucinda <llow@steptoe.com>; Razi, Benjamin <brazi@cov.com>
**Subject:** RE: PeaceTech v. C5 Settlement Agreement

Teddy,

Thank you for taking the time to speak with us this afternoon. We write to memorialize our discussion. We appreciate you informing us that your understanding is that payment for the remainder of the full amount of the first $450,000 due under the settlement agreement either has been initiated or will be made early next week. You agreed to reach out to your client for confirmation of this payment, and to send us any confirmation after you receive it so that we do not need to wait for the wire to clear to know the payment has been made. Finally, you also agreed to send us an update on Monday, even if you are not able to provide a confirmation of payment or provide us with any new information.

Regards,
Maura


**Maura Sokol**
Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5528 | msokol@cov.com
www.cov.com

<image004.jpg>

---

**From:** Sokol, Maura
**Sent:** Friday, July 30, 2021 12:04 PM
**To:** 'Baldwin, Teddy' <ebaldwin@Steptoe.com>
**Cc:** Miller, Matthew V. <mmiller@cov.com>; Martin, David <dmartin@cov.com>; Low, Lucinda <llow@steptoe.com>; Razi, Benjamin <brazi@cov.com>
**Subject:** RE: PeaceTech v. C5 Settlement Agreement

Thank you for the response. I've circulated a Teams link and we will dial in at 4pm. We would appreciate it if, before we speak, you would tell us what is going on and why Defendants failed to make the full payment on time.

Regards,
Maura


**Maura Sokol**
Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5528 | msokol@cov.com
www.cov.com

**From:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Sent:** Thursday, July 29, 2021 9:07 PM
**To:** Sokol, Maura <MSokol@cov.com>
**Cc:** Miller, Matthew V. <mmiller@cov.com>; Martin, David <dmartin@cov.com>; Low, Lucinda <llow@steptoe.com>; Razi, Benjamin <brazi@cov.com>
**Subject:** Re: PeaceTech v. C5 Settlement Agreement

[EXTERNAL]

Counsel:

I can speak at 4pm.

Teddy

> On Jul 29, 2021, at 6:55 PM, Sokol, Maura <MSokol@cov.com> wrote:
>
> Counsel,
>
> PeaceTech has now received payment in the amount of $100,000 but not the remainder of the initial $450,000 payment or any notice of additional incoming wire payments. Are you available for a call tomorrow to discuss? We can be available between 2 and 4 pm. If that doesn't work please propose an alternative time.
>
> Thank you,
> Maura
>
> **Maura Sokol**
> Pronouns: She/Her/Hers
>
> Covington & Burling LLP
> One CityCenter, 850 Tenth Street, NW
> Washington, DC 20001-4956
> T +1 202 662 5528 | msokol@cov.com
> www.cov.com
>
> <image001.jpg>
>
> **From:** Miller, Matthew V. <mmiller@cov.com>
> **Sent:** Wednesday, July 28, 2021 11:36 AM
> **To:** Baldwin, Teddy <ebaldwin@Steptoe.com>; Sokol, Maura <MSokol@cov.com>
> **Cc:** Martin, David <dmartin@cov.com>; Low, Lucinda <llow@steptoe.com>; Razi, Benjamin <brazi@cov.com>
> **Subject:** RE: PeaceTech v. C5 Settlement Agreement
>
> Counsel for the Defendants,

This morning, PeaceTech received a notice of an incoming wire for $100,000 labeled "part settlment payment from C5 agreement." PeaceTech has not received any notice of a wire for the remainder of the initial $450,000 payment. And it has not received any portion of that payment. Have Defendants wired the full amount of that $450,000 payment?

Thank you.

Best regards,
Matt


**Matthew Miller**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5405 | mmiller@cov.com
www.cov.com

<image003.jpg>

---

**From:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Sent:** Wednesday, July 21, 2021 12:09 PM
**To:** Miller, Matthew V. <mmiller@cov.com>; Sokol, Maura <MSokol@cov.com>
**Cc:** Martin, David <dmartin@cov.com>; Low, Lucinda <llow@steptoe.com>; Razi, Benjamin <brazi@cov.com>
**Subject:** RE: PeaceTech v. C5 Settlement Agreement

[EXTERNAL]
Attached is the signature for Groundtruth Investor LLC.


**Teddy Baldwin**
Partner
ebaldwin@Steptoe.com

## Steptoe

+1 202 429 6203 direct       Steptoe & Johnson LLP
+1 202 429 3902 fax          1330 Connecticut Avenue, NW
                             Washington, DC 20036
                             www.steptoe.com


This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distr bute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Miller, Matthew V. <mmiller@cov.com>
**Sent:** Wednesday, July 21, 2021 9:47 AM
**To:** Baldwin, Teddy <ebaldwin@Steptoe.com>; Sokol, Maura <MSokol@cov.com>

**Cc:** Martin, David <dmartin@cov.com>; Low, Lucinda <llow@steptoe.com>; Razi, Benjamin <brazi@cov.com>
**Subject:** RE: PeaceTech v. C5 Settlement Agreement

Teddy,

I echo what Maura wrote. I'm not sure that we have further information about the remittance instructions, beyond what's in the document we provided. If you write to us with your question, we will look into it.

That said, if you think we need to speak by phone, would 11:00 am this morning work? If so, please circulate a dial in, as we'll have more than one person joining on our end, and we'll speak with you then.

Best regards,
Matt

**Matthew Miller**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5405 | mmiller@cov.com
www.cov.com

<image003.jpg>

---

**From:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Sent:** Tuesday, July 20, 2021 7:37 PM
**To:** Sokol, Maura <MSokol@cov.com>
**Cc:** Miller, Matthew V. <mmiller@cov.com>; Martin, David <dmartin@cov.com>; Low, Lucinda <llow@steptoe.com>
**Subject:** Re: PeaceTech v. C5 Settlement Agreement

==[EXTERNAL]==
Maura, I called you prior to my email (you didn't answer) and right after you called me (you didn't answer).

Matt, I've asked the client to add the additional signature. Please give me a time in the morning tomorrow to speak. I need to speak regarding the remittance information.

Teddy

> On Jul 20, 2021, at 7:22 PM, Sokol, Maura <MSokol@cov.com> wrote:
>
> Dear Teddy,

I tried giving you a call. We do not have any further information on the remittance instructions, but if you can let me know your question via email we can go back and ask the client.

Please also provide an executed agreement with Groundtruth Investor's signature.

Thank you,
Maura

**Maura Sokol**
Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5528 | msokol@cov.com
www.cov.com

<image001.jpg>

---

**From:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Sent:** Tuesday, July 20, 2021 6:29 PM
**To:** Sokol, Maura <MSokol@cov.com>
**Cc:** Miller, Matthew V. <mmiller@cov.com>; Martin, David <dmartin@cov.com>; Low, Lucinda <llow@steptoe.com>
**Subject:** RE: PeaceTech v. C5 Settlement Agreement

<mark>[EXTERNAL]</mark>
Dear Maura,

Attached is an executed copy of the Settlement Agreement from the Defendants.

Given the short deadline for payment, I need to speak with you as soon as possible about the remittance instructions. I can be reached at 202-999-9311.

Best regards,
Teddy

**Teddy Baldwin**
Partner
ebaldwin@Steptoe.com

## Steptoe

+1 202 429 6203 direct
+1 202 429 3902 fax

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended

recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Sokol, Maura <MSokol@cov.com>
**Sent:** Tuesday, July 20, 2021 1:59 PM
**To:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Cc:** Miller, Matthew V. <mmiller@cov.com>; Martin, David <dmartin@cov.com>; Low, Lucinda <llow@steptoe.com>
**Subject:** RE: PeaceTech v. C5 Settlement Agreement

Teddy,

Please see attached the settlement agreement signed by PeaceTech, as well as the wire instructions again. We look forward to receiving the signed version from Defendants today.

Best regards,
Maura

**Maura Sokol**
Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5528 | msokol@cov.com
www.cov.com

<image004.jpg>

---

**From:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Sent:** Thursday, July 15, 2021 4:00 PM
**To:** Sokol, Maura <MSokol@cov.com>
**Cc:** Miller, Matthew V. <mmiller@cov.com>; Martin, David <dmartin@cov.com>; Low, Lucinda <llow@steptoe.com>
**Subject:** Re: PeaceTech v. C5 Settlement Agreement

<mark>[EXTERNAL]</mark>
You can add my signature on the dismissal and remove Steve's name, just to make it easier.

> On Jul 15, 2021, at 3:43 PM, Sokol, Maura
> <MSokol@cov.com> wrote:
>
>
> Teddy,
>
> Thanks for your response. Tuesday, July 20 works for us.
> Please see the wire instructions attached.

Please also let us know whose signature we should add from Steptoe on the stipulated motion to dismiss.

Thank you,
Maura


**Maura Sokol**
Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5528 | msokol@cov.com
www.cov.com

<image001.jpg>

---

**From:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Sent:** Thursday, July 15, 2021 10:59 AM
**To:** Sokol, Maura <MSokol@cov.com>
**Cc:** Miller, Matthew V. <mmiller@cov.com>; Martin, David <dmartin@cov.com>; Low, Lucinda <llow@steptoe.com>
**Subject:** Re: PeaceTech v. C5 Settlement Agreement

==[EXTERNAL]==
Dear Maura,

We can exchange executed agreements on Tuesday, July 20. In the meantime, please send over the plaintiff's wire instructions given the short payment window.

Teddy


> On Jul 14, 2021, at 3:37 PM, Sokol, Maura <MSokol@cov.com> wrote:
>
> Teddy,
>
> Following up on the below and attached. Can you please confirm whether defendants are prepared to sign and exchange executed copies tomorrow?
>
> Thank you,
> Maura

11

**Maura Sokol**
Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5528 | msokol@cov.com
www.cov.com

<image001.jpg>

---

**From:** Sokol, Maura
**Sent:** Monday, July 12, 2021 4:33 PM
**To:** 'Baldwin, Teddy'
<ebaldwin@Steptoe.com>
**Cc:** Miller, Matthew V.
<mmiller@cov.com>; Martin, David
<dmartin@cov.com>; Low, Lucinda
<llow@steptoe.com>
**Subject:** RE: PeaceTech v. C5
Settlement Agreement

Teddy,

We accept your edit in the attached MS
Word and PDF versions of the
settlement agreement. Our client is
prepared to sign and exchange
executed copies tomorrow if that
timing works for Defendants.

I've also attached the Joint Stipulation
to Dismiss, with your previous edit
accepted. I have made a few further
edits to the signature block for Steptoe.
Can you please review and make sure
these are correct, and either add or let
us know 1) Steven Davidson's bar
number and 2) a signature or who the
stipulation should be signed on behalf
of?

Thank you,
Maura


**Maura Sokol**
Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5528 | msokol@cov.com
www.cov.com

---

**From:** Baldwin, Teddy
<ebaldwin@Steptoe.com>
**Sent:** Monday, July 12, 2021 2:17 AM
**To:** Sokol, Maura <MSokol@cov.com>
**Cc:** Miller, Matthew V.
<mmiller@cov.com>; Martin, David
<dmartin@cov.com>; Low, Lucinda
<llow@steptoe.com>
**Subject:** PeaceTech v. C5 Settlement
Agreement

[EXTERNAL]
Dear Maura,

We have accepted all the changes
you made in the attached final
draft.  We included one small entry
in track changes — in response to
something you added —  to ensure
the liability is clear.  If Peacetech is
satisfied with this clarification, we
consider the draft final.  We can
arrange to sign this week.  Please let
me know.

Best regards,
Teddy

<PeaceTech v. C5 Settlement
Agreement (Final).docx>
<PeaceTech v. C5 Settlement
Agreement (Final).pdf>
<PeaceTech v. C5 Settlement Ex A
Joint Stip to Dismiss
(7.12.2021).docx>

<Remittance instructions.pdf>

13