# **EXHIBIT H**

| | |
|---|---|
| **From:** | Miller, Matthew V. |
| **Sent:** | Thursday, August 12, 2021 12:55 PM |
| **To:** | Baldwin, Teddy; Sokol, Maura |
| **Cc:** | Martin, David |
| **Subject:** | RE: |

Teddy,

Thank you for sending that receipt. In light of it, we can cancel today's meeting. We appreciate your willingness to speak with us and that Defendants appear to have sent the wire.

We note, however, that the amount on the receipt does not include the interest owed. PeaceTech reserves its rights to seek the interest on the tardy first payment and any other appropriate relief, including if the wire does not clear, if Defendants are late with any subsequent payments, or if Defendants otherwise breach the agreement again.

Best regards,
Matt

**Matthew Miller**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5405 | mmiller@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

---

**From:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Sent:** Thursday, August 12, 2021 12:32 PM
**To:** Sokol, Maura <MSokol@cov.com>; Miller, Matthew V. <mmiller@cov.com>
**Cc:** Martin, David <dmartin@cov.com>
**Subject:**

**[EXTERNAL]**
See the attached.