# EXHIBIT I

| | |
|---|---|
| **From:** | Baldwin, Teddy <ebaldwin@Steptoe.com> |
| **Sent:** | Saturday, September 25, 2021 8:11 AM |
| **To:** | Miller, Matthew V. |
| **Cc:** | Sokol, Maura; Razi, Benjamin; Martin, David; Mitchell, Adam; Washington, Grace |
| **Subject:** | Re: PeaceTech v. C5 - Proof of Payment |

**[EXTERNAL]**
Yes.

> On Sep 24, 2021, at 10:18 PM, Miller, Matthew V. <mmiller@cov.com> wrote:
>
> Teddy,
>
> Could we please speak next Tuesday, Sept. 28, at 1:00 pm? We'll open a line at: 1-844-621-3956 / conference code 955 672 89.
>
> Thank you.
>
> Best regards,
> Matt
>
> **Matthew Miller**
>
> Covington & Burling LLP
> One CityCenter, 850 Tenth Street, NW
> Washington, DC 20001-4956
> T +1 202 662 5405 | mmiller@cov.com
> www.cov.com
>
> <image001.jpg>
>
> **From:** Baldwin, Teddy <ebaldwin@Steptoe.com>
> **Sent:** Thursday, September 23, 2021 6:15 PM
> **To:** Sokol, Maura <MSokol@cov.com>
> **Cc:** Razi, Benjamin <brazi@cov.com>; Miller, Matthew V. <mmiller@cov.com>; Martin, David <dmartin@cov.com>
> **Subject:** RE: PeaceTech v. C5 - Proof of Payment
>
> **[EXTERNAL]**
> Maura,
>
> I am available to speak on Monday afternoon anytime between 4:30 pm to 6:30 pm or on Tuesday from 12:30pm to 3pm or 5pm or after.
>
> Teddy

**From:** Sokol, Maura <MSokol@cov.com>
**Sent:** Wednesday, September 22, 2021 9:20 PM
**To:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Cc:** Razi, Benjamin <brazi@cov.com>; Miller, Matthew V. <mmiller@cov.com>; Martin, David <dmartin@cov.com>
**Subject:** RE: PeaceTech v. C5 - Proof of Payment

Teddy,

Defendants' second payment under the Settlement Agreement was due to be paid to USIP no later than sixty days after the agreement was fully executed on July 21, 2021, with notice to PeaceTech due the following business day. Mr. Pienaar is now in breach of the settlement agreement, just as C5 Accelerate breached the agreement by providing the first payment well after the deadline contemplated by the settlement agreement.

In order to enforce the agreement, PeaceTech intends to seek an order that (1) Defendants pay the outstanding amount owed under the Settlement Agreement, (2) Defendants pay the interest owed on the outstanding amount, (3) Defendants meet their other obligations under the Settlement Agreement, (4) Defendants pay PeaceTech's fees and costs incurred due to Defendants' breach, and (5) Defendants be subject to any other sanction the Court deems proper.

So that we can promptly file our motion without further delays, please let us know your availability to meet and confer as soon as possible. We are available tomorrow or Friday between 3 and 4 pm. If neither of those times works for you please propose an alternative.

Regards,
Maura


**Maura Sokol**
Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5528 | msokol@cov.com
www.cov.com

<image005.jpg>


**From:** Sokol, Maura
**Sent:** Tuesday, September 21, 2021 8:23 PM
**To:** 'Baldwin, Teddy' <ebaldwin@Steptoe.com>
**Cc:** Razi, Benjamin <brazi@cov.com>; Miller, Matthew V. <mmiller@cov.com>; Martin, David <dmartin@cov.com>
**Subject:** PeaceTech v. C5 - Proof of Payment

Teddy,

Under the terms of our settlement agreement, Mr. Pienaar was required to make a payment of $750,000 to USIP this Sunday, September 19, and to notify PeaceTech in writing of the date and amount

of the payment on the next business day. Please provide this information and proof that payment was sent to USIP.

Regards,
Maura


**Maura Sokol**
Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5528 | msokol@cov.com
www.cov.com

<image006.jpg>

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.