

- Last Login: 10/19/2021 08:46 (Eastern Time)   Alerts **167**   Approvals 0   Messages 0

Welcome, Doug
Inbox | User Material | Log Off
Timeout: 0:29:49

Treasury Dashboard   Payments   Tools   Administration

# View US Wire
Use this page to view a US Wire

View Payment History

## Payment Information

| | |
|---|---|
| Status | Confirmed |
| Confirmation Number | 211019059088 |
| Payment Number | 73163216 |
| Debit Account | 1000203454441 - C5 ACCELERATE LLC |
| Debit Amount | 1,158.83 USD |
| Value Date | 10/19/2021 |
| Send Date | 10/19/2021 |
| Frequency | One-Time Only |
| Sender's Reference | Late pymt Int |
| Reference for Recipient | Late pymt Int |
| Details of Payment | Late payment Interest |
| Ordering Customer | |

## Recipient Information

| | |
|---|---|
| Recipient | PeaceTech Lab<br>Account Number 9875677388 |
| Recipient Bank | M T BANK<br>ABA (Wire) 022000046<br>AMHERST<br>AMHERST NY UNITED STATES |

## Options

| | |
|---|---|
| Intermediary Bank | |
| Receiving Bank | |
| Bank to Bank Information | |

Cancel

Wire Transfer Policy : Wire transfers submitted after 6:00 p.m. ET will be processed the next business day. US Federal Tax transfers submitted after 4:30 p.m. will be processed the next business day.

Privacy   |   Fraud & Security   |   Terms & Conditions

SunTrust Bank, now Truist Bank, Member FDIC. ©2021 Truist Financial Corporation. SunTrust®, Truist, SunTrust SunView Treasury Manager®, and the SunTrust logo are service marks of Truist Financial Corporation. All rights reserved. All other trademarks are the property of their respective owners.

Investment and Insurance Products:
• Are not FDIC or any other Government Agency Insured • Are Not Bank Guaranteed • May Lose Value.