UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEACETECH LAB, INC., | ) |
|           Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 1:20-cv-922-JDB ) |
| C5 ACCELERATE LLC, PINARD S.A.R.L., C5 HOLDINGS S.A.R.L., GROUNDTRUTH INVESTOR LLC, MR. ANDRE PIENAAR, C5 CAPITAL LTD. | ) ) ) ) ) ) |
|           Defendants. | ) ) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 16, 2021 Order (ECF No. 37) (the "Order"), Plaintiff PeaceTech Lab, Inc. and Defendants C5 Accelerate LLC, C5 Holdings S.à.r.l., GroundTruth Investor LLC, Andre Pienaar, and C5 Capital LTD (all collectively, the "Parties") jointly and respectfully submit this Joint Status Report "advising the Court of the status of the $750,000 payment due on December 31, 2021 and of defendants' compliance with this Order." *See* ECF No. 37 at 12.

In its Order, the Court directed "that defendant Andre Pienaar and/or defendant Pinard S.à.r.l. shall, by not later than December 22, 2021, pay the amount of $750,000 to the United States Institute for Peace [("USIP")] or, if applicable under the terms of the Agreement, to PeaceTech, using the procedures set forth in the Agreement." ECF No. 37 at 11. On December 28, 2021, Mr. Pienaar made a payment of $1,000,000 to USIP.

In its Order, the Court also directed "that Pienaar and/or Pinard shall, by not later than December 22, 2021, pay to PeaceTech the interest that has accrued on said $750,000 payment, to

be calculated by multiplying $123.29 by the number of calendar days from September 19, 2021 to the date on which the payment is tendered." ECF No. 37 at 11. One-hundred days elapsed between the date that first $750,000 payment was due (September 19, 2021) and the date it was paid (December 28, 2021). Mr. Pienaar and/or Pinard therefore owe $12,329 in interest on that payment. Neither has made that payment to PeaceTech. Mr. Pienaar intends to make this interest payment to PeaceTech by January 12, 2022.

In its Order, the Court directed the Parties to advise it on the status of a second $750,000 payment due from Mr. Pienaar and/or Pinard to USIP or PeaceTech by December 31, 2021. As stated above, on December 28, 2021, Mr. Pienaar made a payment of $1,000,000 to USIP—an amount $250,000 in excess of the first $750,000 due. Mr. Pienaar and/or Pinard continue to owe $500,000 of the second $750,000 payment to USIP or PeaceTech. Interest is accruing on this late payment at a rate of $82.19 per day.[1] By January 12, 2022, Mr. Pienaar intends to pay (a) the remaining $500,000 payment and (b) the interest on it.

PeaceTech respectfully suggests that the Parties should file a second joint status report by January 19, 2022, apprising the Court of the status of the remaining payments.

Dated: January 5, 2022

By: /s/ *Edward Baldwin*
STEPTOE & JOHNSON
1330 Connecticut Avenue NW
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
ebaldwin@steptoe.com

*Attorneys for Defendants C5 Accelerate LLC, C5 Holdings S.A.R.L., GroundTruth Investor LLC, Andre Pienaar, and C5 Capital LTD*

By: /s/ *Matthew V. Miller*
COVINGTON & BURLING LLP
Benjamin J. Razi (No. 475946)
Matthew V. Miller (No. 1614900)
Maura Sokol (pro hac vice)
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5463
brazi@cov.com, mmiller@cov.com, msokol@cov.com

*Attorneys for Plaintiff PeaceTech Lab, Inc.*

---

[1] ($500,000 * 0.06) / 365 days = $82.19 per day.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By:  */s/ Matthew V. Miller*