# Plaintiff's Exhibit 1

## Miller, Matthew V.

| | |
|---|---|
| **From:** | Baldwin, Teddy <ebaldwin@Steptoe.com> |
| **Sent:** | Friday, February 04, 2022 5:09 PM |
| **To:** | Sokol, Maura; Miller, Matthew V. |
| **Cc:** | Low, Lucinda; Martin, David; Razi, Benjamin; Mitchell, Adam |
| **Subject:** | RE: PeaceTech v. C5 Status Report |
| **Attachments:** | PeaceTech v C5 Feb 4 Joint Status Report (Draft)-c2-c2-c2.docx; Exh.1.Joint.Status.Report-c2-c2-c2.pdf |

[EXTERNAL]

Maura,

See the attached draft. I have also attached an exhibit for the draft report.

I would like to see the version with your edits/statement before signing off on the final. Just let me know.

Teddy

**Teddy Baldwin**
Partner
ebaldwin@Steptoe.com

## Steptoe

+1 202 429 6203 direct
+1 202 429 3902 fax

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Sokol, Maura <MSokol@cov.com>
**Sent:** Friday, February 4, 2022 12:38 PM
**To:** Baldwin, Teddy <ebaldwin@Steptoe.com>; Miller, Matthew V. <mmiller@cov.com>
**Cc:** Low, Lucinda <llow@steptoe.com>; Martin, David <dmartin@cov.com>; Razi, Benjamin <brazi@cov.com>; Mitchell, Adam <AMitchell@cov.com>
**Subject:** RE: PeaceTech v. C5 Status Report

Teddy,

We heard from USIP this morning that they have not received any of the $513,718 payment. Can you please send documentation confirming the payment has been made?

To clarify on the interest, is there a check made out to PeaceTech that is being sent to Matt at the Covington office?

Finally, attached is a start at the Joint Status Report. Given the moving pieces and your understanding of when and how the payments are being made, could you please take a first crack at the report? We can add our edits or separate statement after we've seen a draft.

Maura

**Maura Sokol**
Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5528 | msokol@cov.com
www.cov.com

# COVINGTON

---

**From:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Sent:** Friday, February 4, 2022 12:10 PM
**To:** Miller, Matthew V. <mmiller@cov.com>; Sokol, Maura <MSokol@cov.com>
**Cc:** Low, Lucinda <llow@steptoe.com>; Martin, David <dmartin@cov.com>; Razi, Benjamin <brazi@cov.com>; Mitchell, Adam <AMitchell@cov.com>
**Subject:** RE: PeaceTech v. C5 Status Report

<mark>[EXTERNAL]</mark>
Matthew,

We are checking to confirm whether the USIP has received the $513,718. I will report back as soon as I hear back.

Regarding the interest, we asked the USIP to return the interest amount paid (the $13,718) to us rather than to you given your position in the last joint status report. We are instead having an interest payment of $15,205.65 delivered to your attention at your office. You should receive it early this afternoon.

Teddy

**Teddy Baldwin**
Partner
ebaldwin@Steptoe.com

# Steptoe

| +1 202 429 6203 direct | Steptoe & Johnson LLP |
| +1 202 429 3902 fax | 1330 Connecticut Avenue, NW |
| | Washington, DC 20036 |
| | www.steptoe.com |

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Miller, Matthew V. <mmiller@cov.com>
**Sent:** Wednesday, February 2, 2022 11:31 AM
**To:** Baldwin, Teddy <ebaldwin@Steptoe.com>; Sokol, Maura <MSokol@cov.com>
**Cc:** Low, Lucinda <llow@steptoe.com>; Martin, David <dmartin@cov.com>; Razi, Benjamin <brazi@cov.com>; Mitchell, Adam <AMitchell@cov.com>
**Subject:** RE: PeaceTech v. C5 Status Report

Teddy,

Could you please provide an update about the questions we raised below, particularly in light of the status report that is due by Friday?

Thank you again.

Best,
Matt

**Matthew Miller**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5405 | mmiller@cov.com
www.cov.com

COVINGTON

---

**From:** Miller, Matthew V.
**Sent:** Wednesday, January 26, 2022 4:34 PM
**To:** 'Baldwin, Teddy' <ebaldwin@Steptoe.com>; Sokol, Maura <MSokol@cov.com>
**Cc:** Low, Lucinda <llow@steptoe.com>; Martin, David <dmartin@cov.com>; Razi, Benjamin <brazi@cov.com>; Mitchell, Adam <AMitchell@cov.com>
**Subject:** RE: PeaceTech v. C5 Status Report

Teddy,

PeaceTech relayed word to us that USIP has not yet received the $513,718 payment Mr. Pienaar said he wired on January 18.

If Mr. Pienaar has not yet made that payment, could you please: (a) tell us when he will make the outstanding payments and (b) ask him to pay the outstanding interest directly to PeaceTech as required by the Parties' Settlement Agreement and the Court's Order (ECF No. 37)? That interest payment should be in the amount of $12,329 + (($82.19/per day) * the number of days between 12/31/21 and the date of payment).

If Mr. Pienaar has made the payment to USIP, could you please: (a) provide a receipt or confirmation document showing the payment was made, as you said you expected to do in your January 18 email and (b) tell us what Mr. Pienaar has done to "have the USIP send the interest payment to PeaceTech," as he said he would in the latest joint status report (ECF No. 39)?

Thank you in advance.

Best regards,
Matt

**Matthew Miller**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5405 | mmiller@cov.com

www.cov.com

# COVINGTON

---

**From:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Sent:** Wednesday, January 19, 2022 4:50 PM
**To:** Sokol, Maura <MSokol@cov.com>; Miller, Matthew V. <mmiller@cov.com>
**Cc:** Low, Lucinda <llow@steptoe.com>; Martin, David <dmartin@cov.com>; Razi, Benjamin <brazi@cov.com>; Mitchell, Adam <AMitchell@cov.com>; Gethers, Stuart <SGethers@cov.com>; Khalifa, Azza <AKhalifa@cov.com>
**Subject:** RE: PeaceTech v. C5 Status Report

[EXTERNAL]
That's fine.

**Teddy Baldwin**
Partner
ebaldwin@Steptoe.com

## Steptoe

| +1 202 429 6203 direct | Steptoe & Johnson LLP |
| +1 202 429 3902 fax | 1330 Connecticut Avenue, NW |
| | Washington, DC 20036 |
| | www.steptoe.com |

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Sokol, Maura <MSokol@cov.com>
**Sent:** Wednesday, January 19, 2022 4:47 PM
**To:** Baldwin, Teddy <ebaldwin@Steptoe.com>; Miller, Matthew V. <mmiller@cov.com>
**Cc:** Low, Lucinda <llow@steptoe.com>; Martin, David <dmartin@cov.com>; Razi, Benjamin <brazi@cov.com>; Mitchell, Adam <AMitchell@cov.com>; Gethers, Stuart <SGethers@cov.com>; Khalifa, Azza <AKhalifa@cov.com>
**Subject:** RE: PeaceTech v. C5 Status Report

Teddy,

Thank you for your response. PeaceTech cannot accept the edits you've made to the opening paragraph, which would incorrectly quote from the Court's order. I've attached the order here for your reference. Please let us know if you agree that we may remove those specific edits you proposed.

Maura

**Maura Sokol**
Pronouns: She/Her/Hers

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5528 | msokol@cov.com
www.cov.com

# COVINGTON

**From:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Sent:** Wednesday, January 19, 2022 4:36 PM
**To:** Miller, Matthew V. <mmiller@cov.com>
**Cc:** Low, Lucinda <llow@steptoe.com>; Martin, David <dmartin@cov.com>; Razi, Benjamin <brazi@cov.com>; Sokol, Maura <MSokol@cov.com>; Mitchell, Adam <AMitchell@cov.com>; Gethers, Stuart <SGethers@cov.com>; Khalifa, Azza <AKhalifa@cov.com>
**Subject:** RE: PeaceTech v. C5 Status Report

<mark>**[EXTERNAL]**</mark>
Matt,

Attached are our edits and addition in track changes. To the extent PeaceTech makes any substantive changes, I would like to see the draft again. If PeaceTech makes no substantive changes, and accepts the changes made in the attached, you can sign on my behalf and file.

Teddy

**Teddy Baldwin**
Partner
ebaldwin@Steptoe.com

# Steptoe

+1 202 429 6203 direct          Steptoe & Johnson LLP
+1 202 429 3902 fax             1330 Connecticut Avenue, NW
                                Washington, DC 20036
                                www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Miller, Matthew V. <mmiller@cov.com>
**Sent:** Wednesday, January 19, 2022 3:14 PM
**To:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Cc:** Low, Lucinda <llow@steptoe.com>; Martin, David <dmartin@cov.com>; Razi, Benjamin <brazi@cov.com>; Sokol, Maura <MSokol@cov.com>; Mitchell, Adam <AMitchell@cov.com>; Gethers, Stuart <SGethers@cov.com>; Khalifa, Azza <AKhalifa@cov.com>
**Subject:** RE: PeaceTech v. C5 Status Report

Teddy,

We propose the attached joint status report. Would you please confirm that the highlighted date of payment we listed on the top of page 2 is correct, fill in any additional statement on behalf of Defendants or indicate that Defendants do not wish to make one, and give us your permission to sign and file on your behalf (assuming Plaintiff doesn't have any further substantive edits--we will update our math on page 2 if the date currently listed is incorrect)? We don't anticipate any further edits on our end, other than potentially updating the interest figure, though we would like to see Defendants' additions before we finalize the statement.

Thank you in advance.

Best regards,
Matt

**Matthew Miller**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5405 | mmiller@cov.com
www.cov.com

**COVINGTON**

---

**From:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Sent:** Tuesday, January 18, 2022 9:49 PM
**To:** Miller, Matthew V. <mmiller@cov.com>
**Cc:** Low, Lucinda <llow@steptoe.com>; Martin, David <dmartin@cov.com>; Razi, Benjamin <brazi@cov.com>; Sokol, Maura <MSokol@cov.com>; Mitchell, Adam <AMitchell@cov.com>
**Subject:** RE: PeaceTech v. C5 Status Report

<mark>[EXTERNAL]</mark>
Matt,

I am told by Mr. Pienaar that $513,718, which covers the outstanding payment and interest, has been wired to USIP. I expect to have the SWIFT document tomorrow to send to you.

Best regards,
Teddy

**Teddy Baldwin**
Partner
ebaldwin@Steptoe.com

**Steptoe**

| +1 202 429 6203 direct | Steptoe & Johnson LLP |
| +1 202 429 3902 fax | 1330 Connecticut Avenue, NW |
| | Washington, DC 20036 |
| | www.steptoe.com |

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Miller, Matthew V. <mmiller@cov.com>
**Sent:** Tuesday, January 18, 2022 11:19 AM
**To:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Cc:** Low, Lucinda <llow@steptoe.com>; Martin, David <dmartin@cov.com>; Razi, Benjamin <brazi@cov.com>; Sokol, Maura <MSokol@cov.com>; Mitchell, Adam <AMitchell@cov.com>
**Subject:** RE: PeaceTech v. C5 Status Report

Teddy,

Thank you for the update.

Best regards,
Matt

**Matthew Miller**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5405 | mmiller@cov.com
www.cov.com

COVINGTON

---

**From:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Sent:** Tuesday, January 18, 2022 11:01 AM
**To:** Miller, Matthew V. <mmiller@cov.com>
**Cc:** Low, Lucinda <llow@steptoe.com>; Martin, David <dmartin@cov.com>; Razi, Benjamin <brazi@cov.com>; Sokol, Maura <MSokol@cov.com>; Mitchell, Adam <AMitchell@cov.com>
**Subject:** RE: PeaceTech v. C5 Status Report

**[EXTERNAL]**
Matt,

I have reached out to Mr. Pienaar re tomorrow's status report and should be able to revert later today.

Best regards,
Teddy

**Teddy Baldwin**
Partner
ebaldwin@Steptoe.com

Steptoe

+1 202 429 6203 direct       Steptoe & Johnson LLP
+1 202 429 3902 fax          1330 Connecticut Avenue, NW
                             Washington, DC 20036
                             www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Miller, Matthew V. <mmiller@cov.com>
**Sent:** Wednesday, January 5, 2022 11:22 AM
**To:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Cc:** Low, Lucinda <llow@steptoe.com>; Martin, David <dmartin@cov.com>; Razi, Benjamin <brazi@cov.com>; Sokol,

Maura <MSokol@cov.com>; Mitchell, Adam <AMitchell@cov.com>
**Subject:** RE: PeaceTech v. C5 Status Report

Teddy,

Thank you for the update. A draft of the joint status report due today is attached. If this works for you, please provide your permission for us to sign it on your behalf, and we'll file it.

Best regards,
Matt

**Matthew Miller**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5405 | mmiller@cov.com
www.cov.com

**COVINGTON**

---

**From:** Baldwin, Teddy <ebaldwin@Steptoe.com>
**Sent:** Tuesday, January 04, 2022 11:37 PM
**To:** Miller, Matthew V. <mmiller@cov.com>
**Cc:** Low, Lucinda <llow@steptoe.com>; Martin, David <dmartin@cov.com>; Razi, Benjamin <brazi@cov.com>; Sokol, Maura <MSokol@cov.com>; Mitchell, Adam <AMitchell@cov.com>
**Subject:** Re: PeaceTech v. C5 Status Report

[EXTERNAL]
Dear Matthew,

Further to my earlier email, I am told by Mr. Pienaar that he intends to make the final payment of $500,000, and any accordant interest, by January 12, 2022.

Best regards,
Teddy Baldwin

> On Jan 4, 2022, at 11:18 AM, Baldwin, Teddy <ebaldwin@steptoe.com> wrote:
>
> Matthew,
>
> I will revert more fully later today with respect to your email. I note that it is our view that the status report should simply state the situation regarding payments made and owing.  I expect we can agree on those amounts and dates.
>
> Teddy
>
>> On Jan 3, 2022, at 4:15 PM, Miller, Matthew V. <mmiller@cov.com> wrote:

Counsel,

In advance of this Wednesday's deadline to file a status report in the *PeaceTech v. C5* case, we write to inquire about "the status of the $750,000 payment due on December 31, 2021 and of defendants' compliance with [the Court's] Order." (ECF No. 37 at 12.)

The interest due to PeaceTech on the first late $750,000 payment is $12,329. PeaceTech has not received that interest payment. Why have the relevant Defendants not made that payment, despite the Court's Order directing them to do so, and when will Mr. Pienaar and/or Pinard make that payment?

Although Mr. Pienaar made a payment of $1,000,000 to USIP on December 28, Mr. Pienaar and/or Pinard owe an additional $500,000 to USIP or PeaceTech, which was due by December 31, 2021. Have the relevant Defendants tendered that payment? If so, when? If not, why not and when will Mr. Pienaar and/or Pinard make that payment?

Finally, if Defendants have not tendered the remaining $500,000, interest is accruing on that amount at a rate of $82.19 per day. When will the relevant Defendants pay that interest to PeaceTech?

Thank you in advance and happy New Year.


Best regards,
Matt

**Matthew Miller**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5405 | mmiller@cov.com
www.cov.com

**COVINGTON**