# Defendants' Exhibit 1

**From:** Gwynn-Sackson, Anne-Marie
**To:** Andre Pienaar; Lataille, Joe; Stephen whisnant; Baldwin, Teddy
**Subject:** RE: Executing final payment to USIP
**Date:** Tuesday, February 1, 2022 2:04:55 PM

Andre,

Yes, I am happy to confirm that USIP will transfer the interest to PeaceTech upon receipt of the funds.

Best,
Anne-Marie

**From:** Andre Pienaar <andre.pienaar@c5capital.com>
**Sent:** Tuesday, February 1, 2022 9:52 AM
**To:** Gwynn-Sackson, Anne-Marie <agwynnsackson@usip.org>; Lataille, Joe <jlataille@usip.gov>; Stephen whisnant <stephen@whisnantstrategies.com>; Teddy Baldwin <ebaldwin@steptoe.com>
**Subject:** RE: Executing final payment to USIP

Dear Anne-Marie

Thanks for the confirmation. I will ask the Lux bank for a SWIFT and get this across to you ASAP.

Could you please also confirm the payment of the interests over to the Peacetech Lab on receipt of funds?

Best wishes
Andre

**From:** Gwynn-Sackson, Anne-Marie <agwynnsackson@usip.org>
**Sent:** 01 February 2022 14:44
**To:** Andre Pienaar <andre.pienaar@c5capital.com>; Lataille, Joe <jlataille@usip.gov>; Stephen whisnant <stephen@whisnantstrategies.com>; Teddy Baldwin <ebaldwin@steptoe.com>
**Subject:** RE: Executing final payment to USIP

Dear Andre,

Good morning, I hope your week is off to a good start. Joe and I connected late yesterday, and I was going to write this morning to let you know that, as of COB yesterday, USIP has not yet received the transfer. You beat me to it. As you suggest, it may be a good idea to track the payment. Our finance team is on the lookout as well.

Warm regards,
Anne-Marie

**From:** Andre Pienaar <andre.pienaar@c5capital.com>
**Sent:** Tuesday, February 1, 2022 9:36 AM
**To:** Lataille, Joe <jlataille@usip.gov>; Gwynn-Sackson, Anne-Marie <agwynnsackson@usip.org>; Stephen whisnant <stephen@whisnantstrategies.com>; Teddy Baldwin <ebaldwin@steptoe.com>
**Subject:** RE: Executing final payment to USIP

Dear Anne-Marie, Dear Joe

We received an email from the Peacetech Lab at the end of last week that the USIP did not yet receive the funds I remitted from Lux on 18 January- is this correct? I did not hear back from you.

Would it be helpful if I request a SWIFT from our bank in Luxembourg to track the payment? The wire usually takes 2-3 days to clear and so it should have been on your account by the 21st of January at the latest.

In addition, we have received a request from the Peacetech Lab that the interest of $13,718 is due to them and not to the USIP. Could you remit this amount to the Peacetech Lab on receipt of the funds?

Many thanks
Best wishes
Andre

---

**From:** Andre Pienaar
**Sent:** 18 January 2022 21:12
**To:** Lataille, Joe <jlataille@usip.gov>; Gwynn-Sackson, Anne-Marie <agwynnsackson@usip.org>; Stephen whisnant <stephen@whisnantstrategies.com>; Teddy Baldwin <ebaldwin@steptoe.com>
**Subject:** Executing final payment to USIP

Dear Anne-Marie, Dear Joe

I made payment of the final amount today of USD 513,718- this is USD 500,000 plus $13,718 of interest as agreed with the Peacetech Lab. The funds are transferred from my family office in Luxembourg so it may take a day or two to post on the USIP's US account. I would be grateful if you could confirm when it posts.

This payment concludes my pledge commitment to the Nelson Mandela Freedom Plaza for the USIP.

Many thanks for all your support.
Best wishes
Andre

---

**From:** Lataille, Joe <jlataille@usip.gov>
**Sent:** 23 December 2021 23:59
**To:** Andre Pienaar <andre.pienaar@c5capital.com>; Gwynn-Sackson, Anne-Marie

<agwynnsackson@usip.org>; Stephen whisnant <stephen@whisnantstrategies.com>; Teddy Baldwin <ebaldwin@steptoe.com>
**Subject:** Re: Executing payment to USIP

Andre,
Many thanks for the update. I will certainly keep you informed as to when it posts.

Best wishes and enjoy the holiday,
Joe


Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Andre Pienaar <andre.pienaar@c5capital.com>
**Sent:** Thursday, December 23, 2021, 6:17 PM
**To:** Lataille, Joe; Gwynn-Sackson, Anne-Marie; Stephen whisnant; Teddy Baldwin
**Subject:** Re: Executing payment to USIP

Dear Joe

I spoke to the folks at Cranemere today who are managing the sale of my shares in Cranemere and they advised that I should expect the funds on my bank account to transfer to USIP by 28th of December next week.

Best wishes
Andre

Get Outlook for iOS

---

**From:** Andre Pienaar
**Sent:** Thursday, December 23, 2021 8:11:48 AM
**To:** Lataille, Joe <jlataille@usip.gov>; Gwynn-Sackson, Anne-Marie <agwynnsackson@usip.org>; Stephen whisnant <stephen@whisnantstrategies.com>; Teddy Baldwin <ebaldwin@steptoe.com>
**Subject:** RE: Executing payment to USIP

Dear Joe thanks, we will do. Best wishes Andre

---

**From:** Lataille, Joe <jlataille@usip.gov>
**Sent:** 23 December 2021 12:59
**To:** Andre Pienaar <andre.pienaar@c5capital.com>; Gwynn-Sackson, Anne-Marie <agwynnsackson@usip.org>; Stephen whisnant <stephen@whisnantstrategies.com>; Teddy Baldwin <ebaldwin@steptoe.com>
**Subject:** RE: Executing payment to USIP

Andre,

Good morning and thank you for your generosity.
If there are any communications necessary with PeaceTech, I'd suggest that you do that through their legal counsel.

I hope you have a wonderful holiday season.

Best,
Joe

---

**From:** Andre Pienaar <andre.pienaar@c5capital.com>
**Sent:** Thursday, December 23, 2021 6:40 AM
**To:** Gwynn-Sackson, Anne-Marie <agwynnsackson@usip.org>; Stephen whisnant <stephen@whisnantstrategies.com>; Teddy Baldwin <ebaldwin@steptoe.com>; Lataille, Joe <jlataille@usip.gov>
**Subject:** RE: Executing payment to USIP

Dear Anne- Marie

Thank you for confirming the wire details. We will execute the wire today and I will send you confirmation. Will you or the USIP liaise with the Peacetech Lab or should we do this through their legal counsel?

Much looking forward to seeing you in the new year.

All best wishes for Christmas and the New Year,
Andre

**From:** Gwynn-Sackson, Anne-Marie <agwynnsackson@usip.org>
**Sent:** 23 December 2021 10:56
**To:** Andre Pienaar <andre.pienaar@c5capital.com>; Stephen whisnant <stephen@whisnantstrategies.com>; Teddy Baldwin <ebaldwin@steptoe.com>; packerman@rockcap.com; Lataille, Joe <jlataille@usip.gov>
**Subject:** RE: Executing payment to USIP

Andre,

Good morning and thank you again. I am happy to share the wire transfer instructions below. Please let me know if you have any other questions. I will be checking email today.

**Cash**:
PNC Bank

Account Name: Endowment of the US Institute of Peace
Account Number:  5300764865
IBA Routing:  031000053
SWIFT / BIC:  PNCCUS33

Wishing you and yours a joyful and peaceful holiday. We are so appreciative of your support and do hope to be able to thank you in person soon.

Warm regards,
Anne-Marie

---

**From:** Andre Pienaar <andre.pienaar@c5capital.com>
**Sent:** Wednesday, December 22, 2021 6:17 PM
**To:** Stephen whisnant <stephen@whisnantstrategies.com>; Gwynn-Sackson, Anne-Marie <agwynnsackson@usip.org>; Teddy Baldwin <ebaldwin@steptoe.com>; packerman@rockcap.com; Lataille, Joe <jlataille@usip.gov>
**Subject:** Re: Executing payment to USIP

Thanks Steve for the confirmation.

Joe can you please confirm the wire details for me?

Best wishes
Andre

Get Outlook for iOS

---

**From:** Stephen Whisnant <stephen@whisnantstrategies.com>
**Sent:** Wednesday, December 22, 2021 4:39:47 PM
**To:** Gwynn-Sackson, Anne-Marie <agwynnsackson@usip.org>; Teddy Baldwin <ebaldwin@steptoe.com>; Peter Ackerman (packerman@rockcap.com) <packerman@rockcap.com>; Andre Pienaar <andre.pienaar@c5capital.com>; Joe Lataille <jlataille@usip.gov>
**Subject:** Re: Executing payment to USIP

Andre---the USIP closed today at mid-day and Anne-Marie may be off on her holiday.  I have forwarded your email to Joe Lataille--and as CFO this would be his decision.  He has reviewed the two options and would kindly request that you proceed with option two:  selling your shares in Cranemere and then wiring the money to the USIP account to fulfill your entire pledge of $1.5M.

Joe is available if you have any questions and I will be in my ofifce tomorrow morning until about 10 am.  Let me know if you need anything else.  Joe, too, will be available for any questions. His mobile is:  202-222-5198.  I am also available all evening.

Sincere appreciation Andre.


Steve

**Stephen Whisnant**
Founder and Managing Director

Whisnant Strategies, LLC
600 New Hampshire Avenue, NW
Suite 710
Washington, DC 20037
202.416.4735  Direct Office
206.291.7345  Mobile
stephen@whisnantstrategies.com
www.whisnantstrategies.com


On Wednesday, December 22, 2021, 03:59:10 PM EST, Andre Pienaar <andre.pienaar@c5capital.com> wrote:


Dear Anne-Marie

There are two possible ways in which I can meet my commitment to the USIP-

1. The transfer of ownership of founder shares I hold in Cranemere, a long term capital investment vehicle led by Vincent Mai, to the value of USD 1,5M. These shared increase in value year on year. It is possible to sell them to get liquidity through a process managed by Cranemere if the USIP no longer wants to hold them.
Or
2. I can sell my founder shares in Cranemere today and to wire the cash to USIP to the valued of USD 1,5M.

I would be grateful for your guidance on the matter.

Many thanks
Best wishes
Andre


Get Outlook for iOS