UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEACETECH LAB, INC.,**<br>Plaintiff,<br><br>v.<br><br>**C5 ACCELERATE LLC, et al.**<br>Defendants. | Civil Action No. 20-922 (JDB) |

**ORDER**

Upon consideration of [40] the parties' third status report, and the entire record herein, it is hereby

**ORDERED** that defendant Andre Pienaar shall, by not later than February 11, 2022, either submit to the Court confirmation that he made the $513,718 wire transfer on January 18, 2022, as he represented in [39] the parties' January 19, 2022 status report, or show cause why he should not be held in contempt for failing to do so; it is further

**ORDERED** that a status conference in this matter shall be set for February 15, 2022, at 10:00 AM via Zoom; it is further

**ORDERED** that defendant Andre Pienaar shall personally attend the aforementioned status conference; and it is further

**ORDERED** that the aforementioned status conference will be cancelled only upon joint request of the parties.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: February 7, 2021