UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEACETECH LAB, INC., | ) |
|         Plaintiff, | ) |
| v. | ) C.A. No. 1:20-cv-922-JDB |
| C5 ACCELERATE LLC, PINARD S.A.R.L., C5 HOLDINGS S.A.R.L., GROUNDTRUTH INVESTOR LLC, MR. ANDRE PIENAAR, C5 CAPITAL LTD. | ) |
|         Defendants. | ) |

### REPORT OF DEFENDANT ANDRE PIENAAR IN RESPONSE TO THE COURT'S ORDER OF FEBRUARY 7, 2022

Pursuant to the Court's February 7, 2022 Order (ECF No. 41), Defendant Andre Pienaar submits this report regarding both his January 18, 2022 wire transfer and his satisfaction of the remaining amount under the pledge to the United States Institute of Peace ("USIP"), as well as his compliance with the parties' settlement agreement.

Included as Exhibit 1 to the Report is the payment confirmation provided by Mr. Pienaar regarding his payment order to USIP from the USD account of Pinard S.A.R.L. at Société Générale Luxembourg ("SocGen"), made on January 18, 2022 in the amount of $513,718.

Mr. Pienaar reported that he was not able to obtain the payment confirmation from SocGen prior to the filing of the Third Joint Status Report on February 4, 2022. Mr. Pienaar further reported that he did not receive confirmation from USIP until February 1, 2022 that it had not received the funds from the SocGen wire from Pinard S.A.R.L. ("Pinard"). *See* Exhibit 2 to this Report. Mr.

Pienaar wrote on February 1, 2022 to inquire about the receipt and USIP stated that they had not received the funds, noting further that they had intended to write to Mr. Pienaar to inform him of this but had not done so. *Id*. Following this confirmation from USIP, Mr. Pienaar reported that he took steps to obtain the payment confirmation and to determine why the funds had not been received. *See*, *e.g.*, Exhibit 3 to this Report. Mr. Pienaar further reported that ultimately, after several efforts at resolving the issue, he was informed that issues due to compliance and anti-money laundering checks in the U.S. had delayed the payment from the Luxembourg bank to USIP's bank account in the U.S.

In order to resolve this issue, given the amount of the delay, Mr. Pienaar decided to pay the remaining $500,000 from a U.S. bank account. On February 10, 2022, Mr. Pienaar sent confirmation of this wire transfer of $500,000 to USIP. *See* Exhibit 4 to this Report. On the same day, USIP confirmed that it had received the funds. *See* Exhibit 5 to this Report. The USIP further sent a letter dated February 11, 2022 confirming receipt of the $500,000. *See* Exhibit 6 to this Report. Similarly, the USIP had sent a letter on January 14, 2022 thanking Mr. Pienaar for his payment of $1,000,000 received on December 28, 2021, as well as thanking him for helping to evacuate the USIP employees and their families from Afghanistan. *See* Exhibit 7 to this Report. These confirmation letters demonstrate that Mr. Pienaar has satisfied in full the pledge to USIP as provided for in the parties' settlement agreement.

In addition, on February 8, 2022, Mr. Pienaar provided confirmation that he wired directly to Plaintiff an amount of $15,205.65 for the interest. *See* Exhibit 8 to this Report. This amount roughly equals the interest due to Plaintiff as of February 7, 2022. Given that USIP received the

$500,000 on February 10, 2022, the remaining interest owed to Plaintiff is $493.14.[1] Mr. Pienaar reports that he intends to send the final amount of $493.14 to the Plaintiff right away.

Dated: February 11, 2022

By: /s/ *Edward Baldwin*
STEPTOE & JOHNSON
1330 Connecticut Avenue NW
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
ebaldwin@steptoe.com

*Attorneys for Defendants C5 Accelerate LLC, C5 Holdings S.A.R.L., GroundTruth Investor LLC, Andre Pienaar, and C5 Capital LTD*

---

[1] The outstanding interest for the first payment of $750,000 is $12,329. The outstanding interest for the $500,000 payment is $3,369.79 (41 days at $82.19 per day). Mr. Pienaar paid $15,205.65 in interest, leaving a remainder of $493.14.

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

    By:   */s/ Edward Baldwin*