

# Payment confirmation

| | | | |
|---|---|---|---|
| **Date:** | 18/01/2022 | **Payment Certificate N° :** | ATT71598 |

We confirm that the payment order has been transmitted for execution

**Ordering party**
- **Name** : PINARD SARL
- **Account number** : LU230612662532600USD

**In favor of**
- **Name** : Endowment USIP
- **Account number** : 5300764865
- **Bank** : PNC Bank

| | |
|---|---|
| **SG luxembourg reference** | : MU444599 |
| **External reference** | : MULTI.69481553 |
| **Amount** | : 513,718 USD |
| **Value** | : 18/01/22 |
| **Communication** | : PINARD SARL |

**Swift information** :

```
:20:MU444599
:23B:CRED
:32A:200727USD513,718
:50K:/LU230612662532600USD
PINARD SARL
58, RUE CHARLES MARTEL
```

Societe Generale Luxembourg
Visiting address:
18, boulevard Royal L-2449 Luxembourg
Postal address: B.P. 1271 L-1012 Luxembourg
Grand Duchy of Luxembourg

Tel. +352 47 93 11 1
Fax. +352 22 88 59
www.societegenerale.lu
www.societegenerale.com

Societe Generale Luxembourg S.A.
Headquarters:
11, avenue Emile Reuter L-2420 Luxembourg
R.C.S. Luxembourg N°B6061
TVA LU10807024-BIC : SGABLULL



L-2134
LUXEMBOURG :57D://
FW021000089
PNC BANK
ENDOWMENT OF USIP
70:PINARD SARL
:71A:OUR

Societe Generale Luxembourg
Visiting address:
18, boulevard Royal L-2449 Luxembourg
Postal address: B.P. 1271 L-1012 Luxembourg
Grand Duchy of Luxembourg

Tel. +352 47 93 11 1
Fax. +352 22 88 59
www.societegenerale.lu
www.societegenerale.com

Societe Generale Luxembourg S.A.
Headquarters:
11, avenue Emile Reuter L-2420 Luxembourg
R.C.S. Luxembourg N°B6061
TVA LU10807024-BIC : SGABLULL