## Baldwin, Teddy

| | |
|---|---|
| **From:** | Andre Pienaar <andre.pienaar@c5capital.com> |
| **Sent:** | Friday, February 11, 2022 7:48 PM |
| **To:** | Baldwin, Teddy |
| **Subject:** | USIP Funding |

**From:** Andre Pienaar
**Sent:** 2 Feb 2022 23:30
**To:** Melody Newbold <melody.newbold@c5capital.com>
**Subject:** Re: USIP Funding

Thanks Mel. It is urgent!!

Sent from my iPhone

> On 2 Feb 2022, at 5:56 pm, Melody Newbold <melody.newbold@c5capital.com> wrote:
>
> Dear Andre,
>
> I will call the team at SocGen tomorrow, 7am UK time- **Fabien Jallu** is our contact- to chase for the USIP SWIFT.
>
> Thanks
> Melody
>
> On 1 Feb 2022, at 3:33 pm, Andre Pienaar <andre.pienaar@c5capital.com> wrote:
>
> Dear Mel
>
> The USIP today advised me that they have not yet received our payment of 18 January. This is odd. Can you please look into this urgently for me and get the SWIFT we asked the bank to provide to us. I want to close this commitment out.
>
> Thanks
> Andre

1