**Baldwin, Teddy**

| | |
|---|---|
| **From:** | Andre Pienaar <andre.pienaar@c5capital.com> |
| **Sent:** | Thursday, February 10, 2022 2:11 PM |
| **To:** | Gwynn-Sackson, Anne-Marie; Baldwin, Teddy; Stephen Whisnant |
| **Subject:** | Final payment |
| **Attachments:** | SunTrust payment 10-Feb-22 to USIP.pdf |

Dear Anne-Marie

Please find attached confirmation of my wire.

Many thanks
Best wishes
Andre

Get [Outlook for iOS](#)

1

| - Last Login: | 02/10/2022 11:36 (Eastern Time) | Alerts **8**   Approvals 0   Messages 0 | |
|---|---|---|---|



Welcome, Melody
Inbox | User Material | Log Off
Timeout: 0:29:52

Treasury Dashboard   Payments   Tools   Administration

# View US Wire
Use this page to view a US Wire

View Payment History

## Payment Information

| | |
|---:|---|
| Status | Received By Bank |
| Confirmation Number | 220210060379 |
| Payment Number | 74159430 |
| Debit Account | 1000270277550 - C5 CAPITAL USA LLC |
| Debit Amount | 500,000.00 USD |
| Value Date | 02/10/2022 |
| Send Date | 02/10/2022 |
| Frequency | One-Time Only |
| Sender's Reference | Payrun |
| Reference for Recipient | Payrun |
| Details of Payment | Nelson Mandela Freedom Plaza contribution from A Pienaar |
| Ordering Customer | |

## Recipient Information

| | |
|---:|---|
| Recipient | Endowment of the USIP<br>Account Number 5300764865 |
| Recipient Bank | PNC BANK NATIONAL ASSOCIATION<br>ABA (Wire) 031000053<br>PHILADELPHIA<br>PHILADELPHIA PA UNITED STATES |

## Options

| | |
|---:|---|
| Intermediary Bank | |
| Receiving Bank | |
| Bank to Bank Information | |

**Cancel**

Wire Transfer Policy : Wire transfers submitted after 6:00 p.m. ET will be processed the next business day. US Federal Tax transfers submitted after 4:30 p.m. will be processed the next business day.

Privacy   |   Fraud & Security   |   Terms & Conditions

SunTrust Bank, now Truist Bank, Member FDIC. ©2022 Truist Financial Corporation. SunTrust®, Truist, SunTrust SunView Treasury Manager®, and the SunTrust logo are service marks of Truist Financial Corporation. All rights reserved. All other trademarks are the property of their respective owners.

Investment and Insurance Products:
• Are not FDIC or any other Government Agency Insured • Are Not Bank Guaranteed • May Lose Value.