**Baldwin, Teddy**

| | |
|---|---|
| **From:** | Andre Pienaar <andre.pienaar@c5capital.com> |
| **Sent:** | Thursday, February 10, 2022 3:51 PM |
| **To:** | Baldwin, Teddy |
| **Subject:** | Fwd: Final paymentTeddy Baldwin <ebaldwin@steptoe.com> |

Please see confirmation below. Thanks A

Get [Outlook for iOS](#)

---

**From:** Gwynn-Sackson, Anne-Marie <agwynnsackson@usip.org>
**Sent:** Thursday, February 10, 2022 3:50 pm
**To:** Andre Pienaar
**Cc:** Stephen whisnant
**Subject:** RE: Final paymentTeddy Baldwin <ebaldwin@steptoe.com>

Andre,

How many times can I say thank you? Formal acknowledgement to follow but I wanted to confirm that USIP is in receipt of the transfer. Please accept my profound appreciation.

Hope to see you soon,
Anne-Marie

---

**From:** Andre Pienaar <andre.pienaar@c5capital.com>
**Sent:** Thursday, February 10, 2022 2:11 PM
**To:** Gwynn-Sackson, Anne-Marie <agwynnsackson@usip.org>; Teddy Baldwin <ebaldwin@steptoe.com>; Stephen whisnant <stephen@whisnantstrategies.com>
**Subject:** Final payment

Dear Anne-Marie

Please find attached confirmation of my wire.

Many thanks
Best wishes
Andre

1

Get Outlook for iOS