

UNITED STATES INSTITUTE OF PEACE

February 11, 2022

Mr. Andre Pienaar
ITC Secure
1701 Pennsylvania Avenue, NW
Suite 460
Washington, DC 20006

Dear Andre,

On behalf of the United States Institute of Peace (USIP), please allow us to express our deep gratitude for your very generous contribution to honor Nelson Mandela in the naming of the Nelson Mandela Peace Plaza.

Per standard practice for documentation of tax-deductible gifts, we have noted in our records that the final payment of $500,000 of your generous $1,500,000 gift was received via wire transfer on February 10, 2022. This fulfills your pledge to the Institute for this meaningful honoring.

The Endowment is exempt from federal income tax under Internal Revenue Code Section 501(c)(3). This gift is tax-deductible to the extent permitted by law. No goods or services were provided, in whole or in part, in exchange for the gift.

With appreciation,

*[signature]*

Anne-Marie Gwynn-Sackson
Development Officer

---

The Endowment is exempt from federal income tax under Internal Revenue Code Section 501(c)(3). This gift is tax-deductible to the extent permitted by law. No goods or services were provided, in whole or in part, in exchange for the gift. If you wish to claim a tax deduction for this gift, please consult your tax adviser and keep a copy of this receipt with your tax records.