

# UNITED STATES INSTITUTE OF PEACE

January 14, 2022

Mr. Andre Pienaar
C5 Capital
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Dear Andre,

On behalf of the United States Institute of Peace (USIP), please allow us to express our deep gratitude for your very generous contribution to honor Nelson Mandela in the naming of the Nelson Mandela Peace Plaza. Your kind gift has helped make this important honoring on USIP's campus a reality.

We have noted in our records that the first payment of $1,000,000 of your generous $1,500,000 gift was received via wire transfer on December 28, 2021.

Please know that we are enduringly grateful for everything you do to support the Institute and its mission, including your recent engagement to help the Institute evacuate our colleagues and their families from Afghanistan.

We hope to have the opportunity to extend our thanks in person soon. In the meantime, please allow us to send our warm wishes to you and your family.

Yours sincerely,

George E. Moose
Chair, Board of Directors

Stephen J. Hadley
Former Chair

Lise Grande
President and CEO

---

The Endowment is exempt from federal income tax under Internal Revenue Code Section 501(c)(3). This gift is tax-deductible to the extent permitted by law. No goods or services were provided, in whole or in part, in exchange for the gift. If you wish to claim a tax deduction for this gift, please consult your tax adviser and keep a copy of this receipt with your tax records.