Case 1:20-cv-00922-JDB   Document 42-8   Filed 02/11/22   Page 1 of 1

◁ App Store 2:40

# Alerts

Alerts  **eAuthorizations**

## Approved Wire

Feb 08, 2022

| Description | Amount |
|---|---|
| From: Teresa & Andre Joint Account - 4870 - To: PeaceTech Lab | $15,205.65 |

Details

Your wire request has been authorized.